# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| John Doe 1, a minor, by and through his parent and natural guardian Jane Doe 1, et al. <br><br> *Plaintiff(s)* <br> v. <br> North Carolina Department of Public Safety, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24CV17 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peter Brown, Facility Director of the Cabarrus Regional Juvenile Detention Center, in his official capacity
c/o Ashby T. Ray, Registered Agent
Archdale Building, 14th Floor
512 N. Salisbury Street
Raleigh, NC 27604-1159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert L. Lindholm
Nelson Mullins Riley & Scarborough, LLP
One Wells Fargo Center, 23rd Floor
301 South College Street
Charlotte, NC 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Ashley Lee
Deputy Clerk

January 10, 2024
Date

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina ▼

| | |
|---|---|
| John Doe 1, a minor, by and through his parent and natural guardian Jane Doe 1, et al., <br><br> *Plaintiff(s)* <br> v. <br> North Carolina Department of Public Safety, et al., <br><br> *Defendant(s)* | Civil Action No. 1:24CV17 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* North Carolina Department of Public Safety
c/o Ashby T. Ray, Registered Agent
Archdale Building, 14th Floor
512 N. Salisbury Street
Raleigh, NC 27604-1159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert L. Lindholm
> Nelson Mullins Riley & Scarborough, LLP
> One Wells Fargo Center, 23rd Floor
> 301 South College Street
> Charlotte, NC 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Ashley Lee
Deputy Clerk

January 10, 2024
Date

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...                                                      Reset

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| John Doe 1, a minor, by and through his parent and natural guardian Jane Doe 1, et al., <br><br> *Plaintiff(s)* <br> v. <br> North Carolina Department of Public Safety, et al., <br><br> *Defendant(s)* | Civil Action No. 1:24CV17 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William L. Lassiter, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity
c/o Ashby T. Ray, Registered Agent
Archdale Building, 14th Floor
512 N. Salisbury Street
Raleigh, NC 27604-1159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert L. Lindholm
Nelson Mullins Riley & Scarborough, LLP
One Wells Fargo Center, 23rd Floor
301 South College Street
Charlotte, NC 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Ashley Lee
Deputy Clerk

January 10, 2024
Date

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| John Doe 1, a minor, by and through his parent and natural guardian Jane Doe 1, et al., <br><br> *Plaintiff(s)* <br> v. <br> North Carolina Department of Public Safety, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24CV17 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eddie M. Buffaloe, Jr., Secretary of the North Carolina Department of Public Safety, in his official capacity
c/o Ashby T. Ray, Registered Agent
Archdale Building, 14th Floor
512 N. Salisbury Street
Raleigh, NC 27604-1159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert L. Lindholm
Nelson Mullins Riley & Scarborough, LLP
One Wells Fargo Center, 23rd Floor
301 South College Street
Charlotte, NC 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Ashley Lee
Deputy Clerk

January 10, 2024
Date

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: