IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-LCB-JLW

| | |
|---|---|
| JOHN DOE 1, et al., *Plaintiffs*, v. NORTH CAROLINA DEPARTMENT, et al., *Defendants*, | **STATE DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME FOR FILING AN ANSWER OR OTHER RESPONSIVE PLEADING** |

NOW COME Defendants, North Carolina Department of Public Safety, Eddie M. Buffaloe, Jr., Secretary of the North Carolina Department of Public Safety, in his official capacity, William L. Lassiter, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity, and Peter Brown, Facility Director of the Cabarrus Regional Juvenile Detention Center, in his official capacity (herein after as the "State Defendants"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully move the Court to extend the time for filing an answer or other responsive pleading for 30 days (thirty days) until March 21, 2024.

In support of this Motion, State Defendants show the Court the following:

1. Plaintiff filed this Complaint January 8, 2024. [D.E. 1]

2. State Defendants were served the Complaint on January 29, 2024. Plaintiffs filed Notice of Filing Proof of Service on January 30, 2024. [D.E. 9–12]

3. State Defendants' answer or response to the Complaint is currently due on or before February 20, 2024. Accordingly, the deadline to file an answer or other responsive pleading has not yet passed.

4. The State Defendants request this extension of time in good faith and for good cause, and not to delay proceedings or any other improper purpose.

5. Plaintiffs have consented to State Defendants' motion to extend the time.

WHEREFORE, Defendants respectfully request that the Court grant an extension for 30 (thirty) days, up to and including March 21, 2024, in which to file and serve an answer or other responsive pleading in the above-referenced matter.

Respectfully submitted this the 16th day of February, 2024.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/ Matthew Tulchin
Matthew Tulchin
Special Deputy Attorney General
State Bar No. 43921
mtulchin@ncdoj.gov

Orlando L. Rodriguez
Special Deputy Attorney General
State Bar No. 43167
orodriguez@ncdoj.gov
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Phone: 919-716-6900
Fax: 919-716-6763
*Counsel for Defendants*