# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

John Doe 1, et al

      v.                       Case Number: 1:24CV00017

North Carolina Department
of Public Safety, et al

# N O T I C E

**Take notice** that a proceeding in this case has been **set**/re**set** as indicated below:

           PLACE:   John Hervey Wheeler
                         United States Courthouse
                         323 E. Chapel Hill St., Durham, NC
COURTROOM NO.:   Second Floor Courtroom
 DATE AND TIME:   May 22, 2024 at 9:30 a.m.
    PROCEEDING:   Initial Pretrial Conference

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2) that includes ==**L.R. 5.4 & 5.5.**== **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3),and (L.R. 5.4 & 5.5) they shall appear for the scheduled initial pretrial conference.**

---

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk


Date:   April 5, 2024

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD