IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE 1, a minor, by and through his parent and natural guardian JANE DOE 1; JOHN DOE 2, a minor, by and through his parent and natural guardian JANE DOE 2; JOHN DOE 3, a minor, by and through his parent and natural guardian JANE DOE 3; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; EDDIE M. BUFFALOE, JR., Secretary of the North Carolina Department of Public Safety, in his official capacity; WILLIAM L. LASSITER, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity; PETER BROWN, Facility Director of the Cabarrus Regional Juvenile Detention Center, in his official capacity,<br><br>    Defendants. | No. 1:24-CV-00017-LCB-JLW<br><br><br><br>**NOTICE OF SPECIAL APPEARANCE** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Michelle Duprey of Council for Children's Rights as counsel of record for Plaintiffs in the above-captioned matter.

Ms. Duprey certifies that she is an active member in good standing of the bar of the State of North Carolina. Ms. Duprey further certifies that she understands that by entering

an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

Ms. Duprey is appearing in the above-captioned civil action in association with Robert L. Lindholm of Nelson Mullins Riley & Scarborough LLP. Mr. Lindholm is an active member in good standing of the bar of this Court. Mr. Lindholm certifies that he will remain responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Lindholm further certifies that he or a member of his firm admitted to this Court will be present during local hearings, pretrial conferences, potentially dispositive proceedings, and at trial.

This the 14th day of May, 2024.

                                                          s/ Michelle Duprey
Michelle Duprey (N.C. Bar No. 53205)
Council for Children's Rights
601 E. Fifth Street, Suite 510
Charlotte, NC 28202
(704) 943-9642
MDuprey@cfcrights.org

s/ Robert L. Lindholm
Robert L. Lindholm (N.C. Bar No. 52800)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
301 South College Street, 23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com

*Attorneys for Plaintiffs*