IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN DOE 1, a minor, by and through his parent and natural guardian JANE DOE 1, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:24CV17 |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This matter came before the Court for an initial pretrial conference hearing on May 22, 2024. Both parties submitted Individual Rule 26(f) Reports for the Court's review. (*See* Docket Entries 25, 26.) After further discussion, the parties were instructed to file a revised Joint Report conforming with the Court's decision at the hearing. Upon review of the Joint Amended Rule 26(f) Report (Docket Entry 28) and the Local Rule 5.5 Report (Docket Entry 29), the Court **ADOPTS** both with the following modifications and clarification:

- Each side will be allowed up to 30 interrogatories that may be served upon the other side, with additional interrogatories allowed **only** by order of the Court.

- Each side shall be allowed 10 depositions, including depositions of experts, with additional depositions to be taken **only** by order of the Court.

- The date for completion of all discovery (general and expert) shall be **February 3, 2025**.

- The parties shall be allowed until **August 2, 2024**, to request leave to join additional parties or amend pleadings. After such date, the Court will consider, *inter alia*, whether the granting of leave would delay trial.

**IT IS FURTHER ORDERED** that the parties' Individual Rule 26(f) Reports (Docket Entries 25, 26) be **TERMINATED**.

/s/ Joe L. Webster
United States Magistrate Judge

Date: May 31, 2024