IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-LCB-JLW

JOHN DOE 1, et al.,

    *Plaintiffs*,

    v.

NORTH CAROLINA DEPARTMENT
OF PUBLIC SAFETY, et al.,

    *Defendants*.

**JOINT MOTION TO MODIFY
CERTAIN CASE MANAGEMENT
DEADLINES**

       Pursuant to Local Civil Rule 7.3(j), the parties jointly and respectfully request that the Court enter an order modifying and extending certain case management deadlines.

       1.     On October 23, 2024, the parties submitted a Joint Motion for Extension of Time proposing the extension of several case management deadlines. [D.E. 42]

       2.     On October 23, 2024, the Court granted the parties' Joint Motion and set the following case management deadlines:

         a.  Expert Reports by Plaintiffs due December 4, 2024;

         b.  Mediation by December 13, 2024;

         c.  Expert Reports by Defendants due January 24, 2025;

         d.  Completion of fact discovery by February 3, 2025;

         e.  Rebuttal Reports due February 24, 2025; and

         f.  Completion of expert discovery/overall discovery by March 26, 2025;

       3.     The parties are mindful that in its October 23, 2024 Order the Court advised

1

the parties not to "anticipate any further extension of said deadlines." However, despite the efforts of both parties, significant work on this matter remains. Although Defendants have begun rolling productions of certain categories of documents, Defendants anticipate producing significant volumes of emails, among other documents. The parties have also exchanged correspondence regarding the scope of discovery and the sufficiency of certain of Defendants' discovery responses. While the parties hope to resolve those issues without court intervention, if a resolution cannot be reached promptly Plaintiffs anticipate raising certain issues with the Court.

4.      Therefore, the parties jointly and respectfully request that the Court enter an order modifying and extending the case management deadlines relating to expert discovery as follows:

         a.  Expert Reports by Plaintiffs due February 18, 2025;

         b.  Expert Reports by Defendants due March 18, 2025;

         c.  Any rebuttal Expert Reports on April 18, 2025; and

         d.  Close of expert discovery on May 9, 2025.

5.      The parties believe that extending the deadlines for expert discovery such that expert discovery begins after the close of fact discovery will allow their experts to base their opinions on the greatest amount of information available, ultimately benefitting the Court, should the parties move for summary judgment at the close of expert discovery, or the finder of fact, should this matter go to trial.

6.      The parties do not at this time seek an extension to case management deadlines relating to fact discovery or mediation.

2

This the 26th day of November, 2024

Respectfully submitted,

**JOSHUA H. STEIN**
**ATTORNEY GENERAL**

*/s/ Orlando L. Rodriguez*
Orlando L. Rodriguez
Special Deputy Attorney General
State Bar No. 43167
orodriguez@ncdoj.gov

Matthew Tulchin
Special Deputy Attorney General
State Bar No. 43921
mtulchin@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Phone: 919-716-6900
Fax: 919-716-6763
*Attorneys for Defendants*

**NELSON MULLINS RILEY &**
**SCARBOROUGH LLP**

*/s/ Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
301 South College Street
23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com

Donna O. Tillis*
Soren Young*
Yasmeen Ebbini*
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
donna.tillis@nelsonmullins.com
yasmeen.ebbini@nelsonmullins.com
soren.young@nelsonmullins.com

Matthew G. Lindenbaum*
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.lindenbaum@nelsonmullins.com

**Council For Children's Rights**

Michelle Duprey (N.C. Bar No. 53205)*
601 E. Fifth Street, Suite 510
Charlotte, NC 28202
(704) 943-9642
MDuprey@cfcrights.org

*Special Appearance Pursuant to Local Civil
Rule 83.1(d)*

3