# EXHIBIT D



NORTH CAROLINA'S PROTECTION AND ADVOCACY ORGANIZATION

DISABILITY RIGHTS
NORTH CAROLINA

October 14, 2024

# Monitoring Debrief Memo
# Dillon JDC

<u>Facility Name:</u> Dillon Juvenile Detention Center

<u>Monitoring Visit Date:</u> September 9, 2024

<u>Visit Details:</u> Five individuals from DRNC monitored on September 9, 2024, and met with Director Johnson. DJJ Facilities Operations Manager Mr. Adam Johnson was also present during our monitoring visit. We conducted an exit meeting onsite at the end of our monitoring visit. DRNC had previously conducted a monitoring visit at Dillon JDC on April 9, 2024. This monitoring debrief memo concerns our September 9, 2024 visit.

<u>Overall Impressions:</u> On this visit, our monitoring team noted several improvements from our April 2024 visit, as well as areas of concern noted in this memo. In particular, time out of rooms appeared improved since April 2024, and students had significantly improved access to the classroom building and gym.

<u>Physical Condition of the Facility:</u> We toured housing units, the grounds, the classroom building, cafeteria, and gym. Physical conditions were basic, but we noted no serious concerns related to the maintenance of the physical facility. At least one concern was noted regarding the cleanliness of the facility.

<u>Concerns Regarding Time Out of Rooms:</u> Young people we interviewed reported increased time out of their rooms since our previous visit in April 2024. Young people reported several hours outside of their rooms each day, including some who reported spending from approximately 9-4:30 out of their rooms. Students appeared able to access the classroom building for school and the gym for recreational times. Young people ate lunch in the cafeteria, while other meals were eaten in their rooms. On the day of the monitoring visit, a young person mentioned that that day was "23-1" due to staffing shortages, meaning the young people would only get one hour out of their rooms that day. Students reported more typically getting 1-2 hours a day on the pod. In at least one pod (100), we heard report of young people only getting 1-2 hours a day out of their rooms.

In general, black opaque flaps were noted to cover windows when young people were in their rooms.

As a behavioral consequence, students could be assigned Temporary Confinement (TC). TC could be given for a variety of behaviors, including some that did not pose immediate safety

801 CORPORATE CENTER DRIVE | SUITE 118 | RALEIGH, NC 27607
919-856-2195 • 877-235-4210 • 919-856-2244 FAX • TTY USERS, DIAL 711

concerns such as disrespect, noncompliance, or not getting off the phone fast enough. TC typically lasted for three days, in which young people were only permitted to leave their rooms for a shower and perhaps a phone call. Students on TC were not permitted to go to school.

Educational Concerns: Students reported increased access to school since our April 2024 visit. Young people reported attending school every day, even during the summer. The school schedule was reported to be either from 9-1 or from 9-11:45, though a few students reported less time than that in class. Multiple students reported that they did not go to school during their first weeks in the facility. Multiple students with IEPs reported not getting special education supports/instruction while at the facility. At least one student was uncertain of the course credits they had. It was unclear to the DRNC monitoring team that the facility was engaging in required Child Find activities. There was a question raised during our monitoring visit about teachers' access to Powerschool.

Other Access Concerns (to recreation, medical/mental health care, food, family contact): Young people raised concerns about nutrition, including that there were only cold meals for dinner on weekends, that expired milk was served, and that meat was not always fully cooked. Medical services were noted to be slow. Young people were noted to get regular, though not always daily, exercise or recreation time. Students sometimes were allowed to go outside, though we heard a report from the 200 unit that they did not go outside. A lack of consistent access to tablets was noted. As mentioned, TC was used for even some relatively minor behaviors, and the solitary-confinement-like conditions of TC were concerning. Additionally, due to staffing constraints, some support staff such as CNAs and suicide watch sitters were potentially going to be cut. On the positive, young people were allowed daily phone calls to family for ten to fifteen minutes, a noted increase from previous. Facility Director Johnson mentioned a plan to increase access to books and to implement a positive behavior incentive system. Director Johnson also shared that young people have been able to get haircuts and that he had procured cocoa butter and better soap for young people's hygiene. Finally, Facility Operations Manager Johnson shared that the Division of Juvenile Justice was in the process of hiring regional case managers to support students bound over to Superior Court.

Individual Student Concerns and Facility Response: We shared individual student-level concerns in our on-site debrief meeting. These concerns included nutritional concerns and new student arrivals being uncertain of facility protocols or case information, among others.

DRNC's Systemic Follow Up Requests: Having completed the September 2024 monitoring visit of Dillon JDC, DRNC specifically requests:

1) Consistency in ensuring young people receive increased time out of rooms, including during staffing shortages.
2) Revision of the practices of covering students' windows with opaque flaps.

3) Review and revision of the policy and practice of Temporary Confinement, in which young people may be confined to their rooms (with flaps over the windows) for more than 23 hours a day for multiple days.
4) Direct instruction by a teacher for students on Temporary Confinement.
5) Implementation of Child Find obligations.
6) A clear policy for expedient request of student records from young people's base schools, particularly where the young person is likely to be in secure custody for an extended period. Students should be afforded the opportunity to attend educational instruction even while waiting for school records to be received.
7) Implementation of students' IEPs.
8) A plan for informing students about their number of course credits.
9) Access for teachers to Powerschool. (Facility Operations Manager Johnson was already working on this during our visit.)
10) Consistent access to outdoor recreation time.
11) Addressing of nutritional concerns.
12) Full follow-up of individual student concerns raised in the September 2024 exit meeting.

Sincerely,

Cari Carson, Esq., MSW
Supervising Attorney – Education Team
Disability Rights NC