IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:24-CV-00017-LCB-JLW

| | |
|---|---|
| JOHN DOE 1, a minor, by and through his parent and natural guardian JANE DOE 1; JOHN DOE 2, a minor, by and through his parent and natural guardian JANE DOE 2; JOHN DOE 3, a minor, by and through his parent and natural guardian JANE DOE 3; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; EDDIE M. BUFFALOE, JR., Secretary of the North Carolina Department of Public Safety, in his official capacity; WILLIAM L. LASSITER, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity; PETER BROWN, Facility Director of the Cabarrus Regional Juvenile Detention Center, in his official capacity,<br><br>    Defendants. | **MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF JOHN DOE 3'S CLAIMS WITHOUT PREJUDICE** |

      Plaintiff John Doe 3, a minor by and through his parent and natural guardian Jane Doe 3 ("John Doe 3"), hereby moves this Court to dismiss John Doe 3's claims against Defendants, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2) and states as follows:

John Doe 3 has turned 18 years of age and is no longer detained in a juvenile detention center in North Carolina. Accordingly, John Doe 3 seeks to dismiss his claims against Defendants. Defendants would not suffer unfair prejudice by the dismissal of John Doe 3's claims for the reasons set forth in the accompanying Memorandum in Support of Motion for Voluntary Dismissal of John Doe 3's claims without prejudice. Plaintiff's counsel has consulted with Defendants' counsel regarding this motion and Defendants advised they consent to the motion.

*[SIGNATURE PAGE FOLLOWS]*

This the 27th day of December, 2024.

| | |
|---|---|
| **NELSON MULLINS RILEY & SCARBOROUGH LLP** | **COUNCIL FOR CHILDREN'S RIGHTS** |
| /s/*Robert L. Lindholm* <br> Robert L. Lindholm (N.C. Bar No. 52800) <br> 301 South College Street <br> 23rd Floor <br> Charlotte, NC 28202 <br> (704) 417-3000 <br> robert.lindholm@nelsonmullins.com | Michelle Duprey (N.C. Bar No. 53205)* <br> 601 E. Fifth Street, Suite 510 <br> Charlotte, NC 28202 <br> (704) 943-9642 <br> MDuprey@cfcrights.org |

Donna O. Tillis*
Soren Young*
Yasmeen Ebbini*
Axton D. Crolley**
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
donna.tillis@nelsonmullins.com
yasmeen.ebbini@nelsonmullins.com
soren.young@nelsonmullins.com
axton.crolley@nelsonmullins.com

Matthew G. Lindenbaum*
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.lindenbaum@nelsonmullins.com

*Counsel for Plaintiffs*

*\*Special Appearance Pursuant to Local Civil Rule 83.1(d)*
*\*\*Motion for Special Appearance Pursuant to Local Civil Rule 83.1(d) Forthcoming*

## CERTIFICATE OF SERVICE

     I hereby certify that, on December 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

Dated: December 27, 2024

                                                   */s/ Robert L. Lindholm*
                                                 Robert L. Lindholm (N.C. Bar No. 52800)
                                                 Nelson Mullins Riley & Scarborough LLP
                                                 301 South College Street
                                                 23rd Floor
                                                 Charlotte, NC 28202
                                                 (704) 417-3000
                                                 robert.lindholm@nelsonmullins.com