## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## 1:24-CV-00017-LCB-JLW

| | |
|---|---|
| JOHN DOE 1, a minor, by and through his parent and natural guardian JANE DOE 1; JOHN DOE 2, a minor, by and through his parent and natural guardian JANE DOE 2; JOHN DOE 3, a minor, by and through his parent and natural guardian JANE DOE 3; on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; EDDIE M. BUFFALOE, JR., Secretary of the North Carolina Department of Public Safety, in his official capacity; WILLIAM L. LASSITER, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity; PETER BROWN, Facility Director of the Cabarrus Regional Juvenile Detention Center, in his official capacity,<br><br>      Defendants. | **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL THIRD PARTY DISABILITY RIGHTS NORTH CAROLINA TO PRODUCE DOCUMENTS** |

Plaintiffs John Doe 1 and John Doe 2 ("Plaintiffs"), on behalf of themselves and others similarly situated, give notice that they hereby withdraw their Motion to Compel Third Party Disability Rights North Carolina to Produce Documents [ECF No. 48] ("Motion to Compel"). Plaintiffs further give notice that they will pursue judicial

enforcement of the subpoena served upon Disability Rights North Carolina (the "Subpoena") at issue in their Motion to Compel in the United States District Court for the Eastern District of North Carolina, if necessary. Plaintiffs expressly reserve all rights regarding the Subpoena and the relief sought in their Motion to Compel.

*[SIGNATURE PAGE FOLLOWS]*

This the 8th day of January, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/*Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
301 South College Street
23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com

Donna O. Tillis*
Soren Young*
Yasmeen Ebbini*
Axton D. Crolley**
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
donna.tillis@nelsonmullins.com
yasmeen.ebbini@nelsonmullins.com
soren.young@nelsonmullins.com
axton.crolley@nelsonmullins.com

Matthew G. Lindenbaum*
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.lindenbaum@nelsonmullins.com

*Counsel for Plaintiffs*

**COUNCIL FOR CHILDREN'S RIGHTS**

Michelle Duprey (N.C. Bar No. 53205)*
601 E. Fifth Street, Suite 510
Charlotte, NC 28202
(704) 943-9642
MDuprey@cfcrights.org

*\*Special Appearance Pursuant to Local Civil Rule 83.1(d)*
*\*\*Motion for Special Appearance Pursuant to Local Civil Rule 83.1(d) Forthcoming*

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.


Dated:  January 8, 2025

/s/  Robert L. Lindholm
Robert L. Lindholm (N.C. Bar No. 52800)
Nelson Mullins Riley & Scarborough LLP
301 South College Street
23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com