IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-LCB-JLW

| | |
|---|---|
| JOHN DOE 1, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al.,<br><br>*Defendants*. | **NOTICE OF SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that pursuant to MDNC Local Rule LR83.1, the undersigned counsel, Laura H. McHenry, hereby substitutes as counsel in this matter for Orlando L. Rodriguez on behalf of Defendants, North Carolina Department of Public Safety, Eddie M. Buffaloe, Jr., Secretary of the North Carolina Department of Public Safety, in his official capacity, William L. Lassiter, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity, and Peter Brown, Facility Director of the Cabarrus Regional Juvenile Detention Center, in his official capacity (herein after as the "State Defendants"). Mr. Rodriguez accepted new employment and will no longer be employed with the North Carolina Department of Justice. Accordingly, Mr. Rodriguez should be terminated from the docket. The undersigned counsel is aware of and will comply with all pending deadlines in the case, including proceeding with any scheduled trial or hearings.

Respectfully submitted, this the 10th day of January 2025.

            **JEFF JACKSON**
            **Attorney General**

            /s/ Laura H. McHenry
            Laura H. McHenry
            Special Deputy Attorney General
            N.C. State Bar No. 45005
            Email: lmchenry@ncdoj.gov
            N.C. Department of Justice
            P.O. Box 629
            Raleigh, North Carolina 27602-0629
            Telephone: (919) 716-6900
            Facsimile: (919) 716-6763
            *Counsel for State Defendants*