| RPD | Text of RPD | Search Terms | Plaintiffs' Proposed Revised Search Terms | Hit Count | Custodian | Plaintiffs' Proposed Custodians | Time Frame | Plaintiffs' Proposed Time Frame |
|---|---|---|---|---|---|---|---|---|
| 12 | All Documents and Communications relating to the retention of video footage taken by security cameras, surveillance cameras, or any other sort of recording device at any Juvenile Detention Center | - "Recording" and "retain"<br>- "Recording" and "retention"<br>- "Video" and "retain"<br>- "Video" and "retention"<br>- "Camera" and "retain"<br>- "Camera" and "retention"<br>- "Surveillance" and "retain"<br>- "Surveillance" and "retention"<br>- "Footage" and "retain"<br>- "Footage" and "retention" | (Recording OR video OR camera* OR surveillance OR footage) w/50 (retain* OR retention*)<br>**RPD 12**<br>Search conditions:<br>(Recording OR video OR camera* OR surveillance OR footage) NEAR(50) (retain* OR retention))<br>The search is completed<br>958 item(s) (1.14 GB)<br>6,971 unindexed items, 32.24 GB | The search is completed<br>1,969 item(s) (4.78 GB)<br>7,217 unindexed items, 29.79 GB | Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus | Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders | May 2023 - May 2024 | January 1, 2022 - May 31, 2024 |
| 13 | All Documents and Communications relating to any safety or security incidents at any Juvenile Detention Center. 83:13 | - "Incident" and "safety"<br>- "Incident" and "security"<br>- "Incident" and "violence"<br>- "Incident" and "assault"<br>- "Incident" and "injury" | 1) incident* w/200 (safety OR security)<br>**RPD 13-1**<br>Search conditions:<br>(incident*) NEAR(200) (safety OR security)<br>The search is completed<br>28,947 item(s) (18.77 GB)<br>6,971 unindexed items, 32.23 GB<br>(2) incident* and (violence OR assault* OR injur*)<br>**RPD 13-2**:<br>Search conditions:<br>(incident*) AND (violence OR assault* OR injur*)<br>The search is completed<br>22,010 item(s) (17.24 GB)<br>6,967 unindexed items, 32.23 GB (3)<br>(fight* OR brawl* OR beat* OR attack* OR assault* OR injur* OR hurt* OR incident* OR altercation*) w/200 (guard* OR staff* OR juvenile* OR inmate* OR facilit* OR "detention center" OR YDC OR JDC OR | The search is completed<br>16,627 item(s) (9.09 GB)<br>7,217 unindexed items, 29.79 GB | Same as above | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders | Same as above | January 1, 2022 - May 31, 2024 |
| 14 | All Documents and Communications relating to any and all instances in which juveniles at any Juvenile Detention Center were placed in Solitary Confinement, including documents containing:<br>a. The identity of the incarcerated juvenile so confined;<br>b. The date of the confinement;<br>c. The reason for the confinement;<br>d. Whether staff conducted a mental health check on the incarcerated juvenile during confinement and, if so, the results of the check; and<br>e. The length of the confinement. | - "Temporary confinement"<br>- "Administrative confinement"<br>- "Isolation"<br>- "Solitary"<br>- "Segregation" | (1) "administrative restriction" OR solitary OR TC OR lockdown OR (lock w/2 down)<br>**RPD 14-1** Search conditions: "administrative restriction" OR solitary OR TC OR lockdown OR (lock NEAR(2) down)<br>The search is completed<br>10,017 item(s) (4.74 GB)<br>6,968 unindexed items, 32.23 GB (2)<br>(room OR temporary OR administrative) w/5 confine*) RPD 14-2<br>Search Conditions:<br>(room OR temporary OR administrative) NEAR(5) (confine*)<br>The search is completed<br>4,720 item(s) (2.53 GB) | The search is completed<br>518,706 item(s) (100.02 GB)<br>7,217 unindexed items, 29.79 GB | Same as above | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders | | January 1, 2022 - May 31, 2024 |
| 15 | All Documents and Communications relating to any and all instances in which juveniles at any Juvenile Detention Center were placed in Temporary Confinement, including:<br>a. The identity of the incarcerated juvenile so confined;<br>b. The date of the confinement;<br>c. The reason for the confinement;<br>d. Whether staff conducted a mental health check on the incarcerated juvenile during confinement and, if so, the results of the check;<br>e. The length of the Temporary Confinement. | - "Temporary confinement" | See above-terms below should capture information requested. | **Status**<br>The search is completed<br>972 item(s) (443.89 MB)<br>7,217 unindexed items, 29.79 GB | | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders<br>Jonathan Manley | | January 1, 2022 - May 31, 2024 |



EXHIBIT G

| # | Request | Search Terms | Status | Custodians | Date Range |
|---|---------|--------------|--------|------------|------------|
| 17 | All Documents and Communications related to complaints or grievances involving Solitary Confinement at Juvenile Detention Centers | "temporary confinement" and "complaint" or "grievance"<br>"administrative confinement" and "complaint" or "grievance"<br>"isolation" and "complaint" or "grievance"<br>"solitary" and "complaint" or "grievance"<br>"segregation" and "complaint" or "grievance" | See above--terms below should capture information requested. | The search is completed<br>1,776 item(s) (2.70 GB)<br>7,219 unindexed items, 29.78 GB | Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders | January 1, 2022 - May 31, 2024 |
| 18 | All Documents and Communications related to inspections, investigations, monitoring, audits, studies, or analyses relating to or referencing Solitary Confinement. | "temporary confinement" and "inspections" or "investigations" or "monitoring" or "audits" or "studies" or "analyses"<br>"administrative confinement" and "inspections" or "investigations" or "monitoring" or "audits" or "studies" or "analyses"<br>"isolation" and "inspections" or "investigations" or "monitoring" or "audits" or "studies" or "analyses"<br>"solitary" and "inspections" or "investigations" or "monitoring" or "audits" or "studies" or "analyses"<br>"segregation" and "inspections" or "investigations" or "monitoring" or "audits" or "studies" or "analyses" | See above--terms below should capture information requested. | The search has completed<br>83,468 item(s) (30.33 GB)<br>7,225 unindexed items, 29.74 GB | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders | January 1, 2022 - May 31, 2024 |
| 19 | All Documents and Communications related to the Vera Institute of Justice study published in December 2016 regarding NCDPS's use of Solitary Confinement or any similar practice, from January 1, 2015 through present, including all Documents provided to the Vera Institute of Justice. | "Vera" | No proposed changes.<br><br>RPD 19<br>Search conditions:<br>"Vera"<br>The search has expired<br>6,793 item(s) (4.50 GB)<br>10,677 unindexed items, 34.50 GB | The search is completed<br>3,083 item(s) (2.20 GB)<br>7,215 unindexed items, 29.78 GB | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders | January 1, 2015 - May 31, 2024 |
| 20 | All studies, evaluations, or other analyses NCDPS has conducted, commissioned, received, or otherwise reviewed regarding the effects on juveniles of Solitary Confinement or any similar practice, without respect to the date on which the Documents were created. | "isolation" and "studies" or "evaluations" or "research" or "analys"<br>"solitary" and "studies" or "evaluations" or "research" or "analys"<br>"temporary confinement" and "studies" or "evaluations" or "research" or "analys"<br>"administrative confinement" and "studies" or "evaluations" or "research" or "analys"<br>"segregation" and "studies" or "evaluations" or "research" or "analys" | See above--terms below should capture information requested. | The search is completed<br>41,757 item(s) (19.97 GB)<br>7,223 unindexed items, 29.81 GB | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders<br>Jonathan Manley | January 1, 2022 - May 31, 2024 |

| # | Request | Search Terms | Results | Date Range | Custodians |
|---|---|---|---|---|---|
| 21 | To the extent not produced in response to other requests, all Documents and Communications relating to the length of time juveniles at Juvenile Detention Centers are or may be confined to their Cells. | -"length" and "cell" or "room"<br>-"duration" and "cell" or "room"<br>-"time" and "cell" or "room" | (1) (confine* OR detain*) w/100 (cell* OR room*)<br>21-1<br>conditions:<br>(confine* OR detain*) NEAR[100] (cell* OR room*)<br>The search is completed<br>7,469 item(s) (4.56 GB)<br>5,958 unindexed items, 32.23 GB<br><br>(2) (long* OR length OR time OR duration) w/100 (cell OR room) RPD 21-2<br>Search Conditions:<br>(long* OR length OR time OR duration) NEAR[100] (cell OR room) The search is completed<br>87,648 item(s) 132.24 GB<br><br>RPD Search<br>41,757 item(s) (19.97 GB)<br>7,223 unindexed items, 29.81 GB<br>The search is completed | January 1, 2022 - May 31, 2024 | Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders |
| 28 | All Documents and Communications related to complaints or grievances regarding the level, amount, adequacy, or sufficiency of staffing at any Juvenile Detention Center. | -"complain" and "level" or "amount" or "adequacy" or "sufficiency"<br>-"grievance" and level" or "amount" or "adequacy" or "sufficiency"<br>-"staff" and level" or "amount" or "adequacy" or "sufficiency" | See below--terms below should capture information requested. | The search is completed<br>17,778 item(s) (16.03 GB)<br>7,223 unindexed items, 29.81 GB | January 1, 2022 - May 31, 2024 | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders |
| 29 | All studies, evaluations, or other analyses You have conducted, commissioned, received, or otherwise reviewed regarding the level, amount, adequacy, or sufficiency of staffing at Juvenile Detention Centers. | -"staff" and "studies" or "evaluations" or "research" or "analys"<br>-"staff" and "studies" or "evaluations" or "research" or "analys"<br>-"level" and "studies" or "evaluations" or "research" or "analys"<br>-"amount" and "studies" or "evaluations" or "research" or "analys"<br>-"adequacy" and "studies" or "evaluations" or "research" or "analys"<br>-"sufficiency" and "studies" or "evaluations" or "research" or "analys" | (guard* OR teacher* OR professional* OR therapist* OR case worker* OR counsel* OR behavioral specialist* OR staff* OR employ*) w/200 (level* OR center OR juvenile OR JJ OR Alexander OR cabarrus OR chatham OR cumberland OR dillon OR lenoir OR hanover OR pitt OR jenkins OR wake OR insufficien* OR sufficien* OR "too few" OR adequa* OR inadequa* OR problem* OR retention OR retain*)<br>RPD 29<br>Search Conditions:<br>(guard* OR teacher* OR professional* OR therapist* OR case worker* OR counsel* OR behavioral specialist* OR staff* OR employ*) NEAR[200] (level* OR center OR juvenile OR JJ OR Alexander OR cabarrus | The search is completed<br>42,711 item(s) (20.72 GB)<br>7,223 unindexed items, 29.81 GB | January 1, 2022 - May 31, 2024 | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders |
| 30 | All Documents and Communications relating to any efforts NCDPS has taken to increase staffing levels at Juvenile Detention Centers. | -"staff" and "increas"<br>-"employee" and "increa"<br>-"position" and "increa" | (1) (staff* OR employ* OR guard* OR teacher* OR professional* OR therapist* OR case worker* OR counselor* OR behavioral specialist* OR hire* OR hiring OR retention OR position) w/200 (bonus* OR pay* OR salary* OR recruit* OR "job fair" OR increas* OR more)<br>RPD 30-1<br>Search Conditions:<br>(staff* OR employ* OR guard* OR teacher* OR professional* OR therapist* OR case worker* OR counselor* OR behavioral specialist* OR hire* OR hiring OR retention OR position) NEAR[200] (bonus* OR pay* OR salary* OR recruit* OR "job fair" OR increas* OR more)<br>The search is completed | The search is completed<br>10,826 item(s) (13.85 GB)<br>7,223 unindexed items, 29.81 GB | January 1, 2022 - May 31, 2024 | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders<br>Jonathan Manley |

| # | Request | Excluded Terms | Search Conditions | Status | Custodians | Date Range |
|---|---------|----------------|-------------------|--------|------------|------------|
| 31 | All Documents and Communications relating to NCDPS's budget for staff at Juvenile Detention Centers, including any requests to increase or decrease said budget. | -"budget" and "JJ"<br>-"budget" and "Juvenile Justice"<br>-"budget" and "detention"<br>-"budget" and "center"<br>-Other terms for budget" and "JJ"<br>-Other terms for budget" and "Juvenile Justice"<br>-Other terms for budget" and "detention"<br>-Other terms for budget" and "center" | (budget* OR appropriation* OR fund* OR money) w/200 ("juvenile justice" OR JJ OR "detention center"* OR YDC OR JDC OR DC OR teacher* OR professional* OR therapist* OR case worker* OR "behavioral specialist"* OR alexander OR cabarrus OR chatham OR cumberland OR dillon OR lenoir OR hanover OR pitt OR Jenkins OR wake) RPD 31<br>Search Conditions:<br>(budget* OR appropriation* OR fund* OR money) NEAR(200) ("juvenile justice" OR JJ OR "detention center"* OR YDC OR JDC OR DC OR DC OR staff* OR guard* OR | The search is completed 326,974 item(s) (79.52 GB) 7,223 unindexed items, 29.81 GB | Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders | January 1, 2022 - May 31, 2024 |
| 41 | All Documents and Communications related to educational services provided to juveniles at Juvenile Detention Centers. | -"educat" and "juvenile" or "center"<br>-"teach" and "juvenile" or "center"<br>-"program" and "juvenile" or "center" | counselor* OR teacher* OR professional* (juvenile* OR youth* OR student* OR center* OR YDC OR JDC OR DC OR alexander OR cabarrus OR chatham OR cumberland OR dillon OR lenoir OR hanover OR pitt OR Jenkins OR wake) w/200 (educat* OR teach* OR program* OR class* OR school* OR learn* OR enrich* OR science* OR biology OR history OR government OR civic* OR language* OR art* OR english OR math OR reading OR arithmetic OR geography OR graduat*) RPD 41<br>Search Conditions:<br>(juvenile* OR youth* OR student* OR center* OR YDC OR JDC OR DC OR alexander OR cabarrus OR chatham OR | The search is completed 311,368 item(s) (77.13 GB) 7,223 unindexed items, 29.81 GB | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders | January 1, 2022 - May 31, 2024 |
| 46 | All Documents and Communications related to recreational activities provided to juveniles at any Juvenile Detention Center. | -"recreat" and "juvenile" or "center"<br>-"outside" and "juvenile" or "center"<br>-"yard" and "juvenile" or "center"<br>-"activit" and "juvenile" or "center"<br>-"program" and "juvenile" or "center"<br>-Other terms for recreation" and "juvenile" or "center" | cumberland OR dillon OR lenoir OR (juvenile* OR youth* OR minor OR center* OR YDC OR JDC OR DC OR alexander OR cabarrus OR chatham OR cumberland OR dillon OR lenoir OR hanover OR pitt OR Jenkins OR wake) w/200 (recreat* OR activit* OR outside* OR yard* OR basketball* OR chess* OR game* OR exercis* OR "on the floor" OR "rec time") RPD 46<br>Search Conditions:<br>(juvenile* OR youth* OR minor OR center* OR YDC OR JDC OR DC OR alexander OR cabarrus OR chatham OR cumberland OR dillon OR lenoir OR hanover OR pitt OR Jenkins OR wake) NEAR(200) (recreat* OR activit* OR outside OR yard* OR basketball* OR | The search is completed 311,537 item(s) (77.22 GB) 7,227 unindexed items, 29.83 GB | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders | January 1, 2022 - May 31, 2024 |
| 47 | All Documents and Communications related to the denial of any services or programming to a juvenile in Solitary Confinement at any Juvenile Detention Center. | -"program" and "juvenile" or "center" | (confine* OR segregat* OR isolat* OR solitary) w/200 (breakfast OR lunch OR dinner OR meal* OR food OR school* OR education* OR class* OR learn* OR teach* OR enrich* OR recreat* OR sport* OR basketball* OR game* OR health* OR mental* OR therap* OR deny OR deni*) RPD 47<br>Search conditions:<br>(confine* OR segregat* OR isolat* OR solitary) NEAR(200) (breakfast OR lunch OR dinner OR meal* OR food OR school* OR education* OR class* OR learn* OR teach* OR enrich* OR recreat* OR sport* OR basketball* OR game* OR health* OR mental* OR therap* OR deny OR deni*)<br>The search is completed | The search is completed 231,657 item(s) (62.91 GB) 7,227 unindexed items, 29.83 GB | Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders<br>Jonathan Manley | January 1, 2022 - May 31, 2024 |

| # | Request | Search Terms | Search Results | Custodians | Date Range |
|---|---|---|---|---|---|
| 50 | All Documents and Communications relating to the Children's Alliance, including but not limited to William L. Lassiter's attendance at any meetings of the Children's Alliance. | "Children's Alliance" OR "Children's Alliance" | Children* w/3 Alliance<br>RPD 50<br>Search conditions:<br>Children* NEAR(3) Alliance<br>The search is completed<br>1,278 item(s) (1.42 GB)<br>6,969 unindexed items, 32.23 GB | The search is completed<br>352 item(s) (58.06 MB)<br>7,226 unindexed items, 29.83 GB | Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders | January 1, 2022 - May 31, 2024 |
| 54 | All Documents and Communications relating to any inspections, whether such inspections occurred or not, of any Juvenile Detention Center by any Person, including Persons other than Defendants. | "center" and "inspection" or "investigation" or "monitor" or "audit" | (inspect* OR audit* OR monitor* OR "site visit*") w/200 (center* OR juvenile OR youth OR minor OR detention OR facilit* OR YDC OR JDC OR DC OR alexander OR cabarrus OR chatham OR cumberland OR dillon OR lenoir OR hanover OR pitt OR Jenkins OR wake)<br>RPD 54<br>Search conditions:<br>(inspect* OR audit* OR monitor* OR "site visit*") NEAR(200) (center* OR juvenile OR youth OR minor OR detention OR facilit* OR YDC OR JDC OR DC OR alexander OR cabarrus OR chatham OR cumberland OR dillon OR lenoir OR hanover OR pitt OR Jenkins OR wake)<br>The search is completed | The search is completed<br>22,534 item(s) (17.82 GB)<br>7,226 unindexed items, 29.83 GB | Jonathan Manley<br>Peter Kuhns, PsyD<br>Janet Clarke-McLean, PhD<br>Sonja Frison, PhD, MPH<br>Secretary Buffaloe<br>Billy Lassiter<br>Angela Smith<br>Adam Johnson<br>Peter Brown<br>Bakari Johnson<br>Kimberly Quintus<br>Kimberly Cowart<br>Gene Hallock<br>Devante Hicks<br>Jeremy Pearsall<br>Tyshanda Brown<br>Possia Sanders<br>Jonathan Manley | January 1, 2022 - May 31, 2024 |