IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE 1, a minor, by and through his parent and natural guardian JANE DOE 1; JOHN DOE 2, a minor, by and through his parent and natural guardian JANE DOE 2; JOHN DOE 3, a minor, by and through his parent and natural guardian JANE DOE 3; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; EDDIE M. BUFFALOE, JR., Secretary of the North Carolina Department of Public Safety, in his official capacity; WILLIAM L. LASSITER, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity; PETER BROWN, Facility Director of the Cabarrus Regional Juvenile Detention Center, in his official capacity,<br><br>    Defendants. | 1:24-CV-17 |

## ORDER

This matter is before the Court on the motion of Plaintiff John Doe 3 to dismiss his claims against Defendants without prejudice. (ECF No. 51). Defendants have consented to the motion.

For good cause shown, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **DISMISSES** without prejudice Plaintiff John Doe 3's claims against Defendants North Carolina Department of Public Safety, Eddie M. Buffaloe, Jr., William L. Lassiter, and Peter Brown.

**IT IS SO ORDERED.**

This, the 6th day of February 2025.

/s/ Loretta C. Biggs
United States District Judge