IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:24-CV-00017-LCB-JLW

| | |
|---|---|
| JOHN DOE 1, a minor, by and through his parent and natural guardian JANE DOE 1; and JOHN DOE 2, a minor, by and through his parent and natural guardian JANE DOE 2; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; EDDIE M. BUFFALOE, JR., Secretary of the North Carolina Department of Public Safety, in his official capacity; WILLIAM L. LASSITER, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity; PETER BROWN, Facility Director of the Cabarrus Regional Juvenile Detention Center, in his official capacity,<br><br>    Defendants. | **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO CONDUCT DEPOSITIONS OF PLAINTIFF DOES** |

    Plaintiffs John Doe 1 and John Doe 2 (the "Named Plaintiffs"), on behalf of themselves and all others similarly situated, hereby submit this response to Defendants' Motion for Leave to Conduct Depositions of Plaintiff Does (ECF 67) (the "Motion").

    Named Plaintiffs have no objection to generally sitting for depositions in this case, but appropriate guardrails and precautions must be put in place for any such deposition. In addition to failing to meet and confer as Local Rule 37.1 requires, Defendants' Motion

4906-9320-6839 v.1

ignores the special circumstances surrounding the potential depositions of two incarcerated juveniles, both of whom are impacted by mental health conditions that have been exacerbated by Defendants' persistent and unconstitutional use of solitary confinement. The only concern Defendants raise in their Motion is whether the depositions will disrupt the detention center's operations. That is not adequate. *See* Mot. ¶ 4.

Named Plaintiffs ask the Court to set guardrails around their depositions. Named Plaintiffs' counsel initially raised these issues in a January 22, 2025 email to Defendants' counsel and indicated that they were available to discuss the issues raised. Defendants' counsel did not respond. On April 15, 2025, Named Plaintiffs' counsel reached out to Defendants to meet and confer regarding these guardrails. As of the date of this filing, Defendants have not responded. Named Plaintiffs remain hopeful that Defendants will agree to reasonable limitations designed to protect them from undue harm during their depositions. If the parties cannot resolve the parameters of Named Plaintiffs' depositions through the meet-and-confer process contemplated by Local Rule 37.1, Named Plaintiffs intend to file a motion for a protective order regarding their depositions.

Accordingly, Named Plaintiffs respectfully request that the Court defer a ruling on Defendants' Motion until the parties can either come to an agreement regarding Named Plaintiffs' depositions or Named Plaintiffs' potential motion for a protective order is fully briefed, should such discussions come to an impasse.

*[SIGNATURE PAGE FOLLOWS]*

Dated: April 21, 2025

| **NELSON MULLINS RILEY & SCARBOROUGH LLP** | **COUNCIL FOR CHILDREN'S RIGHTS** |
|---|---|
| /s/ Robert L. Lindholm<br>Robert L. Lindholm<br>N.C. Bar No. 52800<br>301 South College Street<br>23rd Floor<br>Charlotte, NC 28202<br>(704) 417-3000<br>robert.lindholm@nelsonmullins.com | Michelle Duprey (N.C. Bar No. 53205)*<br>601 E. Fifth Street, Suite 510<br>Charlotte, NC 28202<br>(704) 943-9642<br>MDuprey@cfcrights.org |

Donna O. Tillis*
Soren Young*
Yasmeen Ebbini*
Axton Crolley*
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
donna.tillis@nelsonmullins.com
soren.young@nelsonmullins.com
yasmeen.ebbini@nelsonmullins.com
axton.crolley@nelsonmullins.com

Matthew G. Lindenbaum*
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.lindenbaum@nelsonmullins.com

*Special Appearance Pursuant to Local Civil Rule 83.1(d)*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

Dated: April 21, 2025        /s/ Robert L. Lindholm
                                                        Robert L. Lindholm
                                                        N.C. Bar No. 52800
                                                        Nelson Mullins Riley & Scarborough LLP
                                                        301 South College Street
                                                        23rd Floor
                                                        Charlotte, NC 28202
                                                        (704) 417-3000
                                                        robert.lindholm@nelsonmullins.com