IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-LCB-JLW

JOHN DOE 1, et al.,

   *Plaintiffs*,

v.

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al.,

   *Defendants*.

**JOINT MOTION TO MODIFY CERTAIN CASE MANAGEMENT DEADLINES**

Pursuant to Local Civil Rule 7.3(j), the parties jointly and respectfully request that the Court enter an order modifying and extending certain case management deadlines so that the parties may continue to their efforts to attempt to resolve this matter via settlement while also completing fact discovery.

1. On January 30, 2025, the Court entered a Text Order ordering the parties to return to mediation.

2. In that same January 30, 2025 Text Order, the Court amended the case management deadlines setting, among others, a new fact discovery deadline of April 14, 2025.

3. As the parties worked diligently on attempting to settle this case both with the mediator and outside mediation, this Court has granted motions to extend the case management deadlines to allow the parties to focus their resources on those discussions, including granting motions on April 3, 2025 (ECF 66) and May 16, 2025 (ECF 71).

4. On June 16, 2025, the Court granted the parties' June 13, 2025 Joint Motion to Modify Certain Case Management Deadlines (ECF 72) and issued a Text Order extending the case management deadlines to the current deadlines as follows:

    a. Completion of fact discovery on August 14, 2025;

    b. Expert Reports by Plaintiffs due September 4, 2025;

    c. Expert Reports by Defendants due October 2, 2025;

    d. Any rebuttal Expert Reports due October 30, 2025; and

    e. Completion of expert discovery/overall discovery on November 20, 2025.

5. On July 31, 2025, this case was reassigned to Chief/Senior District Judge Eagles.

6. The parties have dedicated significant resources to collaboratively resolving the issues in this litigation. The parties' ongoing efforts include:

    a. Exchanging numerous drafts of a detailed settlement agreement, including most recently on August 12, 2025;

    b. Conducting multiple mediated settlement conferences and countless informal settlement discussions between counsel, including most recently on August 13, 2025; and

    c. Meeting separately and as a group with experts who have overseen the implementation of similar settlement agreements in other states to discuss strategies for effectively crafting a settlement agreement, including with individuals who have served as monitors in other cases.

7. Since the June 16, 2025 Text Order, the parties have continued to direct their time and attention towards settlement negotiations and maintain the belief that a mutually agreeable settlement is the best way to resolve the complex issues in this case. The parties have been working diligently to avoid an impasse in the negotiations, but additional time is needed to attempt to work through complicated issues and to bring fact discovery to a conclusion.

8. The parties' settlement negotiations involve issues with potentially wide-ranging consequences between parties—government entities and officials and juveniles—who have unique litigation considerations. Moreover, because the Department is an agency of the State of North Carolina, effecting the change contemplated by the settlement agreement requires the buy-in of numerous stakeholders and requires a nuanced approach to political issues not present in a settlement with a private party.

9. The parties are also cognizant of avoiding a resolution of this litigation that creates unintended consequences to the orderly operation of the detention facilities, or the well-being of the juveniles detained therein.

10. Extending the fact discovery period will also allow the parties to complete depositions and ongoing fact discovery before expert and other deadlines.

11. Accordingly, the parties request that the Court extend all discovery deadlines by 60 days to allow the parties to continue diligently negotiating a settlement and complete any necessary fact discovery. The parties are cognizant of the Court's warning about granting further extensions; however, the parties do not request this extension lightly or for purposes of delay and believe there is good cause for the Court to allow additional time and opportunity

4928-8673-9038 v.3

for the parties to conclude discovery and determine whether this case can be settled at this juncture.

12. The parties jointly and respectfully request that the Court enter an order modifying and extending the case management deadlines to the following:

    a. Completion of fact discovery on October 13, 2025;

    b. Expert Reports by Plaintiffs due November 3, 2025;

    c. Expert Reports by Defendants due December 1, 2025;

    d. Any rebuttal Expert Reports due January 5, 2026; and

    e. Completion of expert discovery/overall discovery on January 26, 2026.

13. Should the Court retain any reservations about granting this request, the parties propose the Court set a status conference so that they may discuss the benefit an extension will have in allowing the parties attempt to resolve this litigation without further Court intervention while parallel tracking completion of fact discovery.

14. The parties are also cognizant of the Court's August 8, 2025 Text Order requiring the parties to provide a joint status report by August 22, 2025 as well as dates for a hearing on Plaintiffs' class certification motion if the case is not resolved before then. Although this joint motion provides some of the information that will be in the joint status report, the parties plan to provide that joint status report before August 22, 2025 pursuant to the Court's order and to provide dates for a hearing on Plaintiffs' class certification motion.

*[SIGNATURE PAGE FOLLOWS]*

This the 14th day of August 2025

| | |
|---|---|
| **JEFF JACKSON**<br>**ATTORNEY GENERAL** | **NELSON MULLINS RILEY &**<br>**SCARBOROUGH LLP** |

/s/ *Matthew S. Tulchin*
Matthew T. Tulchin
Special Deputy Attorney General
State Bar No. 43921
mtulchin@ncdoj.gov
Laura H. McHenry
State Bar No. 45005

North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Phone: 919-716-6900
Fax: 919-716-6763
*Attorneys for Defendants*

/s/ *Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
301 South College Street
23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com

Soren K. Young*
Donna O. Tillis*
Yasmeen Ebbini*
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
soren.young@nelsonmullins.com
donna.tillis@nelsonmullins.com
yasmeen.ebbini@nelsonmullins.com

Matthew G. Lindenbaum*
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.lindenbaum@nelsonmullins.com

**Law Office of Michelle Duprey, PLLC**

Michelle Duprey (N.C. Bar No. 53205)*
720 E. 4th Street, Suite 300
Charlotte, NC 28202
(336) 685-1647
michelledupreylaw@icloud.com

*\*Special Appearance Pursuant to Local Civil Rule 83.1(d)*