IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-CCE-JLW

| | |
|---|---|
| JOHN DOE 1, et al., | |
| *Plaintiffs*, | |
| v. | **JOINT STATUS REPORT** |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al., | |
| *Defendants*. | |

Pursuant to the Court's August 8, 2025 Text Order, the parties submit this status report regarding their settlement efforts. Since the Court entered a Text Order on January 30, 2025, ordering the parties to return to mediation, the parties have expended significant time and efforts attempting to settle this matter, including:

- Exchanging numerous drafts of a detailed settlement agreement, including most recently on August 12, 2025;

- Conducting multiple mediated settlement conferences and numerous informal settlement discussions between counsel, including most recently on August 13, 2025; and

- Meeting separately and as a group with experts who have overseen the implementation of similar settlement agreements in other states to discuss strategies for effectively crafting a settlement agreement, including with individuals who have served as monitors in other cases.

Although the parties have made substantial progress towards settlement, the most recent draft of a proposed settlement agreement exchanged between the parties shows fundamental differences regarding key terms of any agreement, including the scope of juveniles and facilities that would be governed by a settlement agreement. Although the parties are not at an impasse, resolution of Plaintiffs' pending Motion for Class Certification (ECF No. 39) would aid the parties in finalizing a settlement agreement by removing uncertainty related to the scope of a potential class, which currently impairs settlement efforts.

As discussed in the parties' August 15 Joint Motion to Modify Certain Case Management Deadlines (ECF No. 73), the parties seek an extension of the current case deadlines to continue their settlement efforts and to complete necessary fact discovery.

The parties are available for a hearing on class certification on the following dates: October 1–10.

*[SIGNATURE PAGE FOLLOWS]*

2

This the 21st day of August 2025

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ *Matthew T. Tulchin*
Matthew T. Tulchin
Special Deputy Attorney General
State Bar No. 43921
mtulchin@ncdoj.gov
Laura H. McHenry
State Bar No. 45005
lmchenry@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Phone: 919-716-6900
Fax: 919-716-6763
*Attorneys for Defendants*

**NELSON MULLINS RILEY &**
**SCARBOROUGH LLP**

/s/  *Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
301 South College Street
23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com

Soren K. Young*
Donna O. Tillis*
Yasmeen Ebbini*
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
soren.young@nelsonmullins.com
donna.tillis@nelsonmullins.com
yasmeen.ebbini@nelsonmullins.com

Matthew G. Lindenbaum*
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.lindenbaum@nelsonmullins.com

**Law Office of Michelle Duprey, PLLC**

Michelle Duprey (N.C. Bar No. 53205)*
720 E. 4th Street, Suite 300
Charlotte, NC 28202
(336) 685-1647
michelledupreylaw@icloud.com

*Special Appearance Pursuant to Local Civil Rule 83.1(d)*

3