IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN DOE 1, et al.,

    Plaintiffs,

v.

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al.,

    Defendants.

1:24-CV-17

## ORDER

THIS MATTER is before the Court on the joint motion of the parties to modify and extend certain case management deadlines. Under ordinary circumstances, the court would not be inclined to extend these deadlines. But given the unexpectedly heavy demands on the court as a result of judicial vacancies and the priority given to criminal cases, the extension will not result in a delay in final resolution of this case. Having reviewed the joint motion, it appears that good cause exists to grant the parties' joint motion, and the same is hereby allowed.

It is **ORDERED** that:

1. The motion, Doc. 73, is **GRANTED** and the case management deadlines are modified and extended as follows:

    a. Completion of fact discovery on October 13, 2025;

    b. Expert Reports by Plaintiffs due November 3, 2025;

    c. Expert Reports by Defendants due December 1, 2025;

d. Any rebuttal Expert Reports due January 5, 2026; and

e. Completion of expert discovery/overall discovery on January 26, 2026.

f. Dispositive motions are due as required by LR 56.1.

g. The parties should not expect further extensions in order to engage in settlement negotiations.

2. The motion for class certification, Doc. 39, is under advisement and the Court will turn its attention to that motion as requested by the parties. *See* Doc. 74. The parties should not wait for a decision to complete discovery.

This the 26th day of August, 2025.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE