# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

John Doe 1

        v.        Case Number: 1:24CV17

North Carolina Department of
Public Safety, et al

# NOTICE OF SCHEDULING

**Take notice** that a proceeding in the case has been **scheduled** as indicated below:

| | |
|---|---|
| PLACE: | L. Richardson Preyer Bldg. |
| | 324 W. Market St., Greensboro, NC |
| COURTROOM NO.: | 3 |
| DATE AND TIME: | October 1, 2025 at 10:00 a.m. |
| PROCEEDING: | Hearing on pending motions |

Lawrence H. Cunningham, Clerk

By: /s/ Robin Winchester, Deputy Clerk

Date:   September 2, 2025

TO:    ALL COUNSEL/PARTIES OF RECORD