IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-CCE-JLW

| | |
|---|---|
| JOHN DOE 1, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al.,<br><br>*Defendants*. | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

NOW COME Defendants, by and through undersigned counsel, and provide this notice of supplemental authority. Defendants provide the case *Stafford v. Bojangles' Rests., Inc.*, 123 F.4th 671 (4th Cir. 2024), for its discussion and analysis of class certification under Fed. R. Civ. P. 23.

Respectfully submitted, this the 24th day of September 2025.

    **JEFF JACKSON**
    **Attorney General**

    /s/ Laura H. McHenry
    Laura H. McHenry
    Special Deputy Attorney General
    N.C. State Bar No. 45005
    Email: lmchenry@ncdoj.gov

    Matthew Tulchin
    Special Deputy Attorney General
    N.C. State Bar No. 43921
    Email: mtulchin@ncdoj.gov

    Elizabeth C. O'Brien
    Special Deputy Attorney General
    N.C. State Bar No. 28885
    Email: eobrien@ncdoj.gov

1

N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6900
Facsimile: (919) 716-6763

*Counsel for State Defendants*