IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-CCE-JLW

JOHN DOE 1, et al.,

*Plaintiffs*,

v.

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al.,

*Defendants*.

**NOTICE OF FILING**

Defendants, by and through undersigned counsel, submit the attached affidavit of Erin Hickey, PREA and Records Manager for the Division of Juvenile Justice and Delinquency Prevention within the North Carolina Department of Public Safety, and notify the Court of a change in circumstances regarding Plaintiff John Doe 2. Defendants submit as follows:

1. Plaintiffs commenced this purported class action lawsuit on January 8, 2024, on behalf of themselves and those similarly situated who are housed in juvenile detention facilities operated by the North Carolina Department of Public Safety awaiting adjudication. [DE 1, ¶ 14]

2. Plaintiffs, who are proceeding in this litigation anonymously, were all minors, under the age of 18, housed in the Cabarrus Juvenile Jail at the time Plaintiffs filed their Complaint. [DE 1, ¶¶ 20-22]

3. On December 27, 2024, Plaintiffs filed a Motion for Voluntary Dismissal of Plaintiff John Doe 3's Claims. [DE 51]

4. In that motion, Plaintiffs notified the Court that John Doe 3 "has turned 18 years of age and is no longer detained in a juvenile detention center in North Carolina." [DE 51, p 2]

1

"Accordingly," Plaintiffs asserted, "John Doe 3 seeks to dismiss his claims against Defendants." [DE 51, p 2]

5. Defendants consented to John Doe 3's motion to dismiss his claims on these grounds. [DE 51, p 2]

6. The Court entered an Order dismissing Doe 3's claims against Defendants on February 6, 2025. [DE 64]

7. Through this filing, Defendants notify the Court that John Doe 2 has also turned 18 years of age and is no longer detained in a juvenile detention center in North Carolina. Ex. 1, Affidavit of Erin Hickey, ¶ 7 [DE 83-1], Ex. A to Hickey Aff. [DE 83-2].

Respectfully submitted, this the 25th day of September 2025.

**JEFF JACKSON**
**Attorney General**

/s/ Laura H. McHenry
Laura H. McHenry
Special Deputy Attorney General
N.C. State Bar No. 45005
Email: lmchenry@ncdoj.gov

Matthew Tulchin
Special Deputy Attorney General
N.C. State Bar No. 43921
Email: mtulchin@ncdoj.gov

Elizabeth C. O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
Email: eobrien@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6900
Facsimile: (919) 716-6763

*Counsel for State Defendants*