# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-CCE-JLW

JOHN DOE 1, et al.,

*Plaintiffs*,

v.

NORTH CAROLINA DEPARTMENT, et al.,

*Defendants*.

**DECLARATION OF ERIN S. HICKEY**

I, Erin Smalley Hickey, being duly sworn, declare as follows:

1. I am currently the PREA[1] and Records Manager for the Division of Juvenile Justice and Delinquency Prevention ("the Division"). I have held this position since July 1, 2022. Before that, I was the Special Projects Coordinator for the Division, a position I held since January 1, 2018.

2. In my current role as the PREA and Records Manager, I am responsible for overseeing the management of confidential juvenile records on behalf of the Division, including developing policy and training for staff on record collection, retention, and dissemination. This role includes managing all requests for the release of confidential juvenile records, vetting each request in consultation with legal counsel for sufficient authority and guiding records through reviews, redactions, and releases consistent with state and federal laws.

3. Through this role I have become familiar with the Division's recordkeeping practices and have access to the systems used to track various information about the juveniles housed in the Division's custody. More specifically, I have access to information and records that indicate: when a given juvenile enters the custody of the Division; where that juvenile is housed;

---

[1] PREA – stands for the Prison Rape Elimination Act.

the juvenile's date of birth; and whether, when, and why a juvenile leaves the custody of the Division.

4. I am familiar with this litigation and the allegations and assertions made by Plaintiff's in this action, including John Doe 1 and John Doe 2, who I understand are proceeding in this litigation anonymously.

5. In preparing this declaration, I was given the full name of John Doe 2.

6. I have reviewed the Detention Stay Information record, including the Detention Admission and Exit Information, for John Doe 2. That record is attached as Exhibit A to this Declaration.

7. According to the Detention Stay Information record, John Doe 2 turned eighteen earlier this year and is no longer detained in a juvenile detention center in North Carolina. The attached record reflects his release and transfer from Division custody on April 14, 2025. *See* Exhibit A.

Pursuant to 28 U.S.C. § 1746(2), I, Erin S. Hickey, verify under penalty of perjury that I have reviewed the foregoing declaration, which will be filed in the above-captioned matter which is currently pending in the United States District Court for the Middle District of North Carolina, and that the contents thereof are true and correct, in substance and in fact, to the best of my knowledge and belief.

This the 24th day of September, 2025.

_____
Erin S. Hickey