# Exhibit A

# Detention Stay Information for [REDACTED]
Juvenile ID #1084651 - Mecklenburg / District 26

## Juvenile's Information

| Name | Date of Birth | Social Security | Gender | Race | County/District |
|---|---|---|---|---|---|
| [REDACTED] | [REDACTED] | | Male | Black or African-American | Mecklenburg / 26 |

## Detention Admission / Exit Information

| | |
|---|---|
| Facility | Rockingham Detention Center |
| Admission Date and Time | 1/23/2025 11:40 AM |
| Adult Stay | Yes |
| Transfer from another facility? | Yes |
| Facility Transferred From | Cabarrus Detention Center |
| Adult Order | Yes |

### Exit Information

| | |
|---|---|
| Exit Date and Time | 4/14/2025 8:16 AM |
| Placed on Electronic Monitoring | No |
| Exit Reason | Placed in Jail Due to Age |

### Billing Status records (ascending order by Begin Date)

| | |
|---|---|
| County | Mecklenburg |
| Begin Date | 1/23/2025 11:40 AM |
| End Date | 4/14/2025 08:16 AM |
| Reason for Detention | Criminal probation violation or probation modification |

Return to Detention Stay History

Created 3:14 PM Thu, 1/23/2025 by Phoebe E Martin

Last modified 8:25 AM Mon, 4/14/2025 by Thomas Alfred Pinnix