IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-CCE-JLW

| | |
|---|---|
| JOHN DOE 1, et al., *Plaintiffs*, v. NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al., *Defendants*. | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

NOW COME Defendants, by and through undersigned counsel, and provide this notice of supplemental authority. Defendants provide a subsequent unpublished Order from the *G.H. v. Tamayo* case entered on September 9, 2022, in which the district court denied defendants' motion for summary judgement and decertified the class and subclass.

Respectfully submitted, this the 30th day of September 2025.

    **JEFF JACKSON**
    **Attorney General**

    /s/ Matthew Tulchin
    Matthew Tulchin
    Special Deputy Attorney General
    N.C. State Bar No. 43921
    Email: mtulchin@ncdoj.gov

    Laura H. McHenry
    Special Deputy Attorney General
    N.C. State Bar No. 45005
    Email: lmchenry@ncdoj.gov

    Elizabeth C. O'Brien
    Special Deputy Attorney General
    N.C. State Bar No. 28885
    Email: eobrien@ncdoj.gov

1

N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6900
Facsimile: (919) 716-6763

*Counsel for State Defendants*