# EXHIBIT 4



September 30, 2024

**Monitoring Debrief Memo**
**Pitt Regional JDC**

<u>Facility Name:</u> Pitt Regional Juvenile Detention Center

<u>Monitoring Visit Dates:</u> July 22, 2024 and July 31, 2024

<u>Visit Details:</u> Three individuals from DRNC monitored on July 22, 2024, and were given a tour of the facility by then-Director Tyshanda Brown. Eastern Regional Manager Ms. Tangi Jordan was also present during our monitoring visit. We conducted an exit meeting onsite at the end of our monitoring visit. On the day of our visit, the facility had a census of 22, with 4 youth sleeping on cots ("boats") in the larger of two dayrooms. We spoke with 16 young people during our visit. We also were able to speak with the Exceptional Children's teacher at Pitt JDC. The facility director reported that, of 32 staff positions, only two were then-vacant. We observed several staff on the pods during our monitoring visit, although this did not translate to time out of rooms for many youth.

<u>Overall Impressions:</u> We were extremely concerned by the conditions that young people at Pitt JDC endure. Particularly concerning issues included: solitary-confinement-like conditions for apparently all young people in the facility, with only 1-3 hours allowed outside of their rooms per day; lack of appropriate educational programming; and shocking physical conditions, including visible mold, exposed plywood, and damaged floors in bathrooms, multiple rooms with apparent feces smeared on the walls that had not been cleaned, and extensive graffiti in students' rooms. In addition, all narrow windows to the outside had been obscured or spray-painted black such that young people are unable to see outside, and young people's windows to the day room areas were kept covered with opaque black flaps. Thus, young people were being kept in essentially window-less rooms, alone, for up to 23 hours or more a day as regular practice in the facility. Additional details are shared below.

<u>Physical Condition of the Facility:</u> As shared above, the physical condition of Pitt JDC was one of the worst we have yet encountered in a state-operated facility. Particular concerns, as noted above, included: mold and other dangerous or unsafe conditions in the bathrooms; graffiti in young people's rooms; writing in some young people's rooms that appeared to be written in feces and have dried; and black spray-painted windows to obscure any view of the outside for the young people. Rooms did not appear to be cleaned, a fact made worse by a report that – for those without cell toilets – young people sometimes have to urinate in the corners of their rooms when staff do not let them out to use the bathroom when needed. In addition, the facility itself

**801 CORPORATE CENTER DRIVE | SUITE 118 | RALEIGH, NC 27607**
**919-856-2195 • 877-235-4210 • 919-856-2244 FAX • TTY USERS, DIAL 711**

DRNC_008

Case 1:24-cv-00017-CCE-JLW    Document 88-4    Filed 10/13/25    Page 2 of 24

appeared outdated and in need of renovation. The outside recreation area was very minimally equipped. A DRNC staff member returned after our initial monitoring visit to take photos of the physical condition of the facility on July 31, 2024. These photographs reflect the condition after cleaning had occurred following our initial visit. At least one staff member remarked on the deplorable physical conditions that the young people were being held in. Selected photographs are included at the end of this memo.

<u>Concerns Regarding Time Out of Rooms:</u> Young people we talked to relayed highly concerning accounts of being held in near solitary-confinement-like conditions as a standard course of practice at Pitt JDC. Many young people mentioned being confined to their rooms for all but 3 hours a day, and often all but 1 hour a day. Showers, recreation, education, and time in the day room were all squeezed into the 1-3 hours a day outside of their rooms. Meals were generally eaten alone in their rooms. Youth noted that it was in some ways preferable to be assigned to a "boat" cot because then they were not locked in their rooms and could see the TV. Multiple youth reported that the isolation in their rooms was causing them mental distress.

In addition, 15 of the 18 rooms do not have toilets in them, necessitating staff unlocking youth rooms to let youth out to use the bathrooms. DRNC staff heard accounts of a youth having to urinate in their cell in a cup or on the floor because staff would not or did not let them out in a timely manner to go to the bathroom. Female youth reported having to ask repeatedly for needed menstrual supplies.

<u>Educational Concerns:</u> Our monitoring visit took place during the summer. Educational staff reported that instruction during the summer consists primarily of enrichment activities rather than access to core coursework. Youth reported no regular class schedule or opportunity to earn credits during the summer. The EC teacher reported that there was 1 student with an IEP in the facility. However, in our conversations with youth, several youth identified that they had an IEP; this included youth who had been at the facility for a number of weeks. Young people who had been at the facility for less than two weeks generally reported having not yet gone to class of any type. DRNC staff additionally heard that, even during the school year, students only received class for 30-60 minutes a day.

The most positive part of our monitoring visit was the opportunity to observe an enrichment class that was occurring on the morning of our visit, conducted by individuals from the Pitt County Health Department. The young people seemed engaged in learning the information that the visitors shared about STDs and STD prevention. Unfortunately, young people reported that enrichment instruction was rare and that they were surprised that they were allowed to eat lunch out of their rooms afterwards. There were no behavioral issues demonstrated by the young people in the group lesson, and it was very unclear why this sort of instruction and time out of rooms was not a regular feature of daily programming. Those students who had not been selected to participate in the lesson remained locked alone in their rooms on the other pod. One young

person who had been at the facility for over a month reported that the health lesson that day was only the second time they had been to class.

Other Access Concerns (to recreation, medical/mental health care, food, family contact): Positive behavioral incentives in the facility were accomplished through a level system that the young people could generally articulate. Some meals were provided through a partnership with local schools. Young people generally did not have significant complaints about food quantity or quality. While young people generally expressed that they had some recreation time regularly, one young person reported having only been outside twice in the previous two weeks. There is no indoor gym/recreation space in the facility. Young people did not generally report problems with family contact or visitation. The facility reported having a nurse on staff and a nurse and therapists on contract.

DRNC staff did witness a concerning situation in which a young person was on suicide watch and was being denied meaningful time outside their room while monitored, resulting in their being kept isolated in a cell for an extended period. Staff noted that the young person did not always remain clothed. It did not appear that the response to this young person in crisis was therapeutic or rehabilitative.

Finally, some of the girls in the facility expressed that they had access to fewer privileges than the boys in the facility.

Individual Student Concerns and Facility Response: DRNC staff verbally shared a list of individual student concerns to Ms. Brown and Ms. Jordan in the exit meeting. Specific areas of concern raised by students included wanting more time out of room, wanting more opportunities for arts and crafts, wanting access to a loctician, complaints about a particular staff member (Mr. Pitt), one complaint about cold food, and individual medical concerns.

Of note, when asked if there were plans for young people at Pitt JDC to have substantially more time outside of their rooms when the two vacant staff positions were filled, the then-facility director would not commit to that.

DRNC's Systemic Follow Up Requests: Having completed the July 2024 monitoring visit of Pitt JDC, DRNC specifically requests:

1) Dramatically increased access to time outside of rooms daily for young people in the facility. Time outside of rooms during waking hours should be the norm. We emphasize that any staffing shortages do not appear to be the primary driver of the solitary-confinement-like conditions we observed.
2) Deep cleaning of the facility and repair of unsafe conditions.
3) Enabling of sight both to the outside and to the inside dayroom from young peoples' rooms. This will entail a change of policy and practice in the use of opaque flaps over

DRNC_010

room windows. We believe flaps should be used only for temporary privacy needs or if requested.

4) Regular and meaningful access to educational instruction, including during the summer months.

5) A clear review of which students have IEPs and 504 plans, full implementation of those plans, and procedures for Child Find identification of those students not yet identified who many need IEPs.

6) A clear policy for expedient request of student records from young people's base schools, particularly where the young person is likely to be in secure custody for an extended period. Students should be afforded the opportunity to attend educational instruction even while waiting for school records to be received.

7) Enhancement of the outdoor recreational area.

8) Clear policies and practices to ensure that young people are able to use the bathroom when needed, and to not need to resort to urinating in cups or on their floors.

9) Attention to the expressed needs of young women in the facility.

10) Review of protocols for young people on suicide watch, including consultation of the facility's mental health staff to ensure a safe, therapeutic response and avoidance of use of increased isolation.

11) Training for all staff on trauma-informed care for young people.

12) Full follow-up of individual student concerns raised in the July 2024 exit meeting.

Again, photos of the facility's condition as of July 31, 2024, follow.

Sincerely,

Cari Carson, Esq., MSW
Supervising Attorney – Education Team
Disability Rights NC

DRNC_011



DRNC_012



DRNC_013



DRNC_014



DRNC_015



DRNC_016



DRNC_017



DRNC_018





DRNC_019



DRNC_020



DRNC_021



DRNC_022





DRNC_023

DRNC_024





DRNC_026



DRNC_027



DRNC_028



DRNC_029



DRNC_030