# **EXHIBIT 5**

NORTH CAROLINA'S PROTECTION AND ADVOCACY ORGANIZATION



March 4, 2025

# Monitoring Debrief Memo
# Cumberland Regional JDC

Facility Name: Cumberland Regional Juvenile Detention Center

Monitoring Visit Dates: November 22, 2024

Visit Details: Four individuals from DRNC monitored on November 22, 2024, and were given a tour of the facility by Director Hallock, Nurse Forrest, and Supervisor Stanton. Central Regional Manager Mr. Charles Dingle was also present during our monitoring visit. On the day of our visit, the facility had a census of 21, and a capacity of 18. The facility reported being fully staffed. We spoke with 21 young people during our visit. We conducted an abbreviated exit meeting on-site, followed by a virtual debrief meeting on November 27, 2024.

Overall Impressions: Facility staff provided DRNC monitors with a number of documents concerning operations of the facility. There were significant discrepancies between conditions as reported by the facility and conditions as reported by youth, particularly regarding time out of room and educational access. Several youth reported significant amounts of time in their room. Many youth were concerned about their educational access in the facility. The facility had a nicely refurbished outdoor area/garden. Unlike in other facilities, youth generally reported not being able to speak with other youth while inside the building.

Physical Condition of the Facility: Facility staff shared that the Cumberland JDC building was the oldest in the state. Physical conditions were basic. Graffiti was present on some room walls. A large collection of books was in the day room pod area. The interior of the facility had been brightened with colorful paintings designed by youth on the ceiling tiles. Flaps generally covered room windows to the day room. The outdoor area was nicely refurbished to include a garden complete with a fountain and walking path.

Concerns Regarding Time Out of Rooms: Contrary to the schedule provided by the facility, youth reported significant amounts of time in their rooms. Many youth reported spending approximately 22 hours a day in their rooms on weekdays and weekends, with reported time in room generally ranging from 20 hours to more than 23 hours a day. (Youth who were sleeping on the cots in the day room due to overcrowding were seen as lucky.) Flaps typically remained covering youth's room windows to the pod. The first shift staff were noted as less likely to get youth out of their rooms than the 2nd shift staff. On second shift, youth reported being allowed out of their rooms for 40-45 minutes to watch Criminal Minds or a similar show. Youth shared that they were generally not allowed to speak with their peers while in their rooms or on the pod.

801 CORPORATE CENTER DRIVE | SUITE 118 | RALEIGH, NC 27607
919-856-2195 • 877-235-4210 • 919-856-2244 FAX • TTY USERS, DIAL 711

Some youth reported having to sit at tables, look forward, and watch TV while on the pod. Multiple youth reported having to spend 3-5 days quarantined in their rooms upon intake to the facility; while quarantined, youth stayed in their rooms all day except for to use the bathroom and shower, and reported having no access to school, free time, or outdoor time. Youth reported eating meals in their rooms.

A robust level system was in place in the facility, by which youth could earn various rewards. Most youth could articulate the level system, and there were numerous incentives that could be earned. The primary methods of discipline in the facility appeared to be using write-ups that a judge might see and dropping levels in the level system. Some youth noted that Temporary Confinement (TC) could be used as a disciplinary measure. While on TC (typically for up to 3 days), youth only came out of their rooms for hygiene, showers, and a brief phone call. At least one youth had experienced TC; several youth reporting about TC had not experienced TC. "Lockdown" was used and described as like TC but for one day. At least one youth had also experienced physical restraint. DRNC monitors heard report of one youth who had been handcuffed. Fights or use of lockdown/TC did not appear to be common.

<u>Educational Concerns:</u> Youth shared positive reports about the facility's teacher. Otherwise, youth expressed very significant concerns about their educational access. Many youth were unsure if the work they were doing at the facility counted for any credits. Several youth could not articulate the courses they were taking, sometimes naming only first aid and CPR classes. Multiple youth reported only about 1 hour a day in class, with time in class ranging from 30 minutes to 3 hours, and that class may not happen every day. (This is in contrast to the facility's stated school schedule of Monday to Friday, from 8 AM – 2 PM.) School work often seemed to consist of worksheets. Many youth noted that the worksheets were on an elementary level, such as practicing multiplication facts. Painting was named by multiple youth as a school activity. One youth appeared to have significant access to credit recovery, but not all youth did. Several youth reported having IEPs but not receiving special education services while at the facility. (This is in contrast to the facility's report that special education services were provided via video with a teacher at another DJJ facility.) Youth who had recently arrived at the facility did not seem to have school access.

Facility staff noted that several community groups also provided services at the facility, such as religious groups, pet therapy, career education, and harm reduction education. A wellness committee planned events such as Junior Chef and seasonal festivals.

<u>Other Access Concerns (to recreation, medical/mental health care, food, family contact):</u>

Wide variation was reported by youth in recreational access, from daily opportunities to go outside to going outside only occasionally (e.g., once a week). Some youth reported that opportunities to go outside depended on staff. Reported time outside ranged from 15 to 30 minutes when youth did go outside. One youth reported some days exercising indoors.

Youth generally reported no concerns with medical care. Youth also generally reported access to a therapist, who seemed most frequently to talk with youth through their room door. The therapist was a contract therapist from the community. The facility reported that the therapist provided an array of groups.

Significant concerns with food quality were raised, including spoiled milk and "nasty" food. Some youth reported not getting enough to eat.

Youth at the facility had access to daily phone calls, except on Wednesdays, with call duration depending on level. In-person visitation occurred on Wednesdays and Saturdays for 30 minutes. Though one youth mentioned virtual visits, other youth noted only in person visits.

Youth generally reported feeling safe at the facility, particularly regarding physical safety. However, several youth reported that the amount of time in their rooms was challenging mentally. Some youth reported about staff favoritism; others reported being treated fairly or expressed positivity about some staff.

<u>Individual Student Concerns and Facility Response:</u> DRNC staff verbally shared a list of individual student concerns to Director Hallock, Nurse Forrest, and Central Regional Manager Dingle in the exit meeting.

<u>DRNC's Systemic Follow Up Requests:</u> Having completed the November 2024 monitoring visit of Cumberland JDC, DRNC specifically requests:

1) Significantly increased access to time outside of rooms daily for young people in the facility.
2) Cleaning of room walls as needed.
3) Sharing positive practices with other DJJ facilities regarding renovation of outdoor recreational spaces.
4) Review and revision of the policy of maintaining flaps covering room windows even when youth do not desire them or when not necessary.
5) Review and revision of the policy or practice requiring youth to not speak with each other when inside.
6) Review and revision of the Temporary Confinement (TC) and quarantine policies, to minimize room confinement.
7) Consistent, significantly increased access to educational instruction for all students in all core subjects. Increased direct instruction for all students at an appropriate level to facilitate earning of relevant credits by students.
8) A clear review of which students have IEPs and 504 plans, full implementation of those plans, and procedures for Child Find identification of those students not yet identified who may need IEPs.
9) A clear policy for expedient request of student records from young people's base schools, particularly where the young person is likely to be in secure custody for an extended

period. Students should be afforded the opportunity to attend educational instruction even while waiting for school records to be received.
10) Review of transcripts with students regarding course credits. Ensuring that schoolwork at the facility and related grades are transferable back to students' base schools.
11) Access to educational instruction for youth on any form of room confinement.
12) Access to face-to-face mental health supports.
13) Daily access to outdoor recreation/large muscle movement opportunities. Increased access to gardening opportunities in the facility's garden.
14) Addressing food quality and quantity concerns.
15) Full follow-up of individual student concerns raised in the November 2024 exit meeting.

Sincerely,

Cari Carson, Esq., MSW
Supervising Attorney – Education Team
Disability Rights NC