# EXHIBIT 1

# Email from Plaintiffs' Counsel Disclosing DRNC Memos (April 3, 2025)

# Tulchin, Matt

| | |
|---|---|
| **From:** | Soren Young <soren.young@nelsonmullins.com> |
| **Sent:** | Thursday, April 3, 2025 4:14 PM |
| **To:** | Tulchin, Matt; McHenry, Laura; Henderson, Tamika |
| **Cc:** | Rob Lindholm; Duprey, Michelle; Matthew Lindenbaum |
| **Subject:** | Doe v. NCDPS - Third Party Document Production |
| **Attachments:** | DRNC Document Production.pdf |

Counsel:

Attached please find documents recently produced by Disability Rights North Carolina in response to Plaintiffs' subpoena.

Best,
Soren



**SOREN YOUNG  SENIOR ASSOCIATE**
soren.young@nelsonmullins.com
**MERIDIAN | 17TH FLOOR**
**1320 MAIN STREET | COLUMBIA, SC 29201**
T **803.255.9729**    F **803.256.7500**
**NELSONMULLINS.COM**    **VCARD**  **VIEW BIO**

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.