IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-CCE-JLW

| | |
|---|---|
| JOHN DOE 1, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT, et al.,<br><br>*Defendants*. | **DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME FOR PREPARATION OF EXPERT REPORTS AND MODIFICATION OF SUBSEQUENT DEADLINES** |

NOW COME Defendants, by and through the undersigned counsel, and pursuant to Local Civil Rule 7.3(j), and respectfully request that the Court enter an order extending certain case management deadlines to allow Defendants' experts an additional 30-days, up to and including January 5, 2026, in which to prepare and serve their expert reports, and modifying the deadlines for rebuttal expert reports and completion of expert discovery/overall discovery to reflect this extension of time.

In support of this Motion, Defendants show the Court the following:

1. On August 26, 2025, this Court entered an order modifying the case management deadlines as follows:

    a. Completion of fact discovery on October 13, 2025;

    b. Expert Reports by Plaintiffs due November 3, 2025;

    c. Expert Reports by Defendants due December 1, 2025;

    d. Any rebuttal Expert Reports due January 5, 2026; and

    e. Completion of expert discovery/overall discovery on January 26, 2026.

2. On November 3, 2025, Plaintiffs served three expert reports on Defendants.

3. Defendants have retained two experts for the purposes of rebutting Plaintiffs' experts and the time for preparing and serving the expert reports has not yet passed.

4. Due to pre-existing professional and personal obligations and the Thanksgiving holiday, Defendants' experts need additional time to prepare and complete their expert reports.

5. Defendants request this extension of time in good faith and for good cause, and not to delay proceedings or any other improper purpose.

6. Defendants also request that the outstanding case management deadlines be modified to incorporate and reflect the requested extension as follows: Any rebuttal Expert Reports by Plaintiffs due February 5, 2026, and completion of expert discovery/overall discovery is March 9, 2026.

7. Plaintiffs have consented to this motion for extension of time and modification of the other existing deadlines.

WHEREFORE, Defendants respectfully request that the Court grant an extension of time, up to and including January 5, 2026, in which to serve their expert reports and modify the existing case management deadlines so that any rebuttal expert reports are due February 5, 2026, and completion of expert discovery/overall discovery is March 9, 2026.

Respectfully submitted this the 19th day of November, 2025.

JEFF JACKSON
ATTORNEY GENERAL

/s/ Matthew Tulchin
Matthew Tulchin
Special Deputy Attorney General
State Bar No. 43921
mtulchin@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602

Phone: 919-716-6900
Fax: 919-716-6763
*Counsel for Defendants*