# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

John Doe 1

        v.                                  Case Number: 1:24CV17

North Carolina Department of
Public Safety, et al.

## *NOTICE*

      **TAKE NOTICE** that a **BENCH TRIAL** has been tentatively **SET** in the above-referenced case for the **October 5, 2026 CALENDAR TERM**. Said term shall begin on **October 5, 2026** and will continue until all the cases on the calendar have been tried. **Cases will not necessarily be called trial in the order in which they will appear on the calendar.**

      PLACE:         **L. Richardson Preyer Bldg., 324 W. Market St., Greensboro, N.C.**
      COURTROOM NO.: **3**
      DATE & TIME:    **October 5, 2026 at 9:30 a.m.**
      PROCEEDING:    **Bench Trial**

**\*Counsel will be notified of a date certain for trial closer to the start of the term**.

      A settlement conference in the above-referenced case may be set approximately 30 days before the commencement of the Calendar term. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

      The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **Unless the court orders otherwise, pretrial disclosures must be made no later than September 5, 2026. Motions in limine must be filed no later than September 11, 2026. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than September 18, 2026.**

      **Each party shall file a trial brief, along with proposed findings of fact and conclusions of law no later than September 14, 2026.** An electronic Word version of the findings of fact and conclusions of law shall be emailed to the assigned district judge's ECF mailbox.

---

Lawrence H. Cunningham, Clerk

By:    /s/ Robin Winchester

Date:  November 25, 2025

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD