IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-CCE-JGM

JOHN DOE 1, et al.,

    *Plaintiffs*,

v.

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al.,

    *Defendants*.

**PLAINTIFFS' EXPEDITED MOTION FOR STATUS CONFERENCE**
(Pursuant to L.R. 37.1)

NOW COME Plaintiffs John Doe 1 and John Doe 2, on behalf of themselves and other class members ("Plaintiffs"), by and through undersigned counsel, pursuant to Local Civil Rule 37.1, to present time-sensitive discovery disputes to the Court and request an expedited telephone status conference to resolve the issue.

In support of this Motion, Plaintiffs state the following:

1. Plaintiffs represent a class of all pre-adjudication juveniles who are currently, or in the future will be, detained in the Cabarrus Juvenile Detention Center ("Cabarrus JDC"). Plaintiffs challenge the conditions of their confinement at the Cabarrus JDC and allege, *inter alia*, that Defendants' excessive use of confinement has violated Plaintiffs' constitutional rights. The conditions at and management of the Cabarrus JDC are central to Plaintiffs' claims in this case.

2. Plaintiffs ask the Court to enlarge the period of fact discovery and to expand the 10-deposition limit set by the Court (ECF No. 30) so that they may depose two key fact witnesses—Charles Dingle and Tiea Daniels—whose relevance to this litigation was only disclosed after the close of fact discovery.

1

3. After the close of fact discovery, Defendants first disclosed to Plaintiffs in the deposition of named Defendant Billy Lassiter that Charles Dingle, the Western Regional Manager for North Carolina Department of Public Safety ("NCDPS"), led the Cabarrus JDC as Temporary Facility Director during the relevant time period for this case. Given Dingle's critical role at Cabarrus, Dingle is a key witness to the allegations in Plaintiffs' Complaint.

4. Also after the close of fact discovery, Defendants informed Plaintiffs that named Defendant Peter Brown had been removed as the facility director and Cabarrus and replaced with Tiea Daniels and that Defendants therefore intended to substitute Daniels in the caption for Peter Brown. Given Daniels' role at Cabarrus and Defendants' intent to substitute her as a named Defendant in this lawsuit, Plaintiffs should be able to depose her.

5. The parties conferred about these issues multiple times, including on January 30, 2026, but Defendants did not agree to allow Plaintiffs to depose Dingle or Daniels. Plaintiffs have filed a certification of counsel along with this Motion as required by Local Civ. R. 37.1(a).

6. The Parties agree that this dispute can be ruled upon in a telephone conference of less than 30 minutes.

*[SIGNATURE PAGE FOLLOWS]*

Dated February 19, 2026.    Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
301 South College Street
23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com

Donna O. Tillis*
Soren K. Young*
Yasmeen Ebbini*
Axton D. Crolley*
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
donna.tillis@nelsonmullins.com
soren.young@nelsonmullins.com
yasmeen.ebbini@nelsonmullins.com
axton.crolley@nelsonmullins.com

Matthew G. Lindenbaum*
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.lindenbaum@nelsonmullins.com

**The Law Office of Michelle Duprey, PLLC**

Michelle Duprey (N.C. Bar No. 53205)*
720 E. 4th Street, Suite 300
Charlotte, NC 28202
(336) 685-1647
michelledupreylaw@icloud.com

*\*Special Appearance Pursuant to Local Civil Rule 83.1(d)*

## **LOCAL RULE 37.1(a) CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 37.1(a), I certify that personal consultation and diligent attempts by the parties occurred but the parties were unable to resolve the differences as described above.

Dated February 19, 2026.

                                        */s/ Robert L. Lindholm*
                                        Robert L. Lindholm (N.C. Bar No. 52800)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

Dated: February 19, 2026  /s/ Robert L. Lindholm
Robert L. Lindholm
N.C. Bar No. 52800
Nelson Mullins Riley & Scarborough LLP
301 South College Street
23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com