# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| JOHN DOE 1, a minor, by and through his parent and natural guarding JANE DOE 1; JOHN DOE 2, a minor, by and through his parent and natural guardian JANE DOE 2; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; JEFFREY SMYTHE, Secretary of the North Carolina Department of Public Safety, in his official capacity; WILLIAM L. LASSITER, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity; TIEA DANIELS, Facility Director of the Cabarrus Regional Juvenile Detention Center, in her official capacity,<br><br>Defendants. | No. 1:24-CV-00017-CCE-JGM<br><br><br><br>**JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Parties jointly move the Court to issue an order (1) granting preliminary approval to the proposed Settlement Agreement, pending a final fairness hearing, (2) approving the Proposed Notice of Settlement and the method of distributing the Notice to the class members as described in the Proposed Order submitted herewith, and (3) setting dates for a fairness hearing and a deadline for objections to the settlement, to be filed with the Court. The grounds for this

Motion are more fully set forth in the accompanying memorandum of law and Declaration

of Robert L. Lindholm.

*[SIGNATURE PAGE FOLLOWS]*

2

This the 15th day of April 2026

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
301 South College Street
23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com

Soren K. Young*
Donna O. Tillis*
Yasmeen Ebbini*
Axton Crolley*
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
soren.young@nelsonmullins.com
donna.tillis@nelsonmullins.com
yasmeen.ebbini@nelsonmullins.com
axton.crolley@nelsonmullins.com

Matthew G. Lindenbaum*
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.lindenbaum@nelsonmullins.com

**Law Office of Michelle Duprey, PLLC**

Michelle Duprey (N.C. Bar No. 53205)*
720 E. 4th Street, Suite 300
Charlotte, NC 28202
(336) 685-1647
michelledupreylaw@icloud.com

*Special Appearance Pursuant to Local Civil Rule 83.1(d)*

**JEFF JACKSON
ATTORNEY GENERAL**

*/s/ Elizabeth Curran O'Brien*
Elizabeth Curran O'Brien
N.C. Bar No. 28885
Special Deputy Attorney General
eobrien@ncdoj.gov

Terence P. Steed
Special Deputy Attorney General
N.C. Bar No. 52809
tsteed@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Phone: 919-716-0091
Fax: 919-716-6763
*Attorneys for Defendants*

3