**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| JOHN DOE 1, a minor, by and through his parent and natural guarding JANE DOE 1; JOHN DOE 2, a minor, by and through his parent and natural guardian JANE DOE 2; on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; JEFFREY SMYTHE, Secretary of the North Carolina Department of Public Safety, in his official capacity; WILLIAM L. LASSITER, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity; TIEA DANIELS, Facility Director of the Cabarrus Regional Juvenile Detention Center, in her official capacity,<br><br>　　　　Defendants. | No. 1:24-CV-00017-CCE-JGM<br><br><br><br>**SUPPLEMENTAL RESPONSE REGARDING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

The Parties jointly submit the following answers to the questions the Court posed in its April 23, 2026 Text Order:

- Has Ms. Abreau agreed to serve as monitor under the terms in the settlement agreement? **Yes.**

- Does any party object to an additional notice requirement that defendants post the Class Notice on an appropriate state government website? **The parties do**

**not object to this requirement. Defendants request five business days from the Court's approval of the notice to post the notice on the Department of Juvenile Justice website.**

- Do current detainees at the Cabarrus facility have easy and affordable access to envelopes and stamps to mail any objection to the settlement or should the defendants be required to provide those upon request or is there some other way to be sure objecting is feasible? **Defendants provide detainees at the Cabarrus facility access to paper, envelopes, and stamps, which will allow the class members to mail any objections.**

- The settlement agreement requires notice to be given within thirty days of preliminary approval, and the court suggests that forty-five days thereafter is sufficient for objections; do the parties contend or suggest otherwise? **The parties do not object to this timeline.**

- Have the named plaintiffs, now no longer minors, agreed to the settlement terms? **Yes.**

*[SIGNATURE PAGE FOLLOWS]*

This the 5th day of May 2026

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
301 South College Street
23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com

Soren K. Young*
Donna O. Tillis*
Yasmeen Ebbini*
Axton Crolley*
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
soren.young@nelsonmullins.com
donna.tillis@nelsonmullins.com
yasmeen.ebbini@nelsonmullins.com
axton.crolley@nelsonmullins.com

Matthew G. Lindenbaum*
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.lindenbaum@nelsonmullins.com

**Law Office of Michelle Duprey, PLLC**

Michelle Duprey (N.C. Bar No. 53205)*
720 E. 4th Street, Suite 300
Charlotte, NC 28202
(336) 685-1647
michelledupreylaw@icloud.com

*Special Appearance Pursuant to Local Civil Rule 83.1(d)*

**JEFF JACKSON
ATTORNEY GENERAL**

*/s/ Elizabeth Curran O'Brien*
Elizabeth Curran O'Brien
N.C. Bar No. 28885
Special Deputy Attorney General
eobrien@ncdoj.gov

Terence P. Steed
Special Deputy Attorney General
N.C. Bar No. 52809
tsteed@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Phone: 919-716-0091
Fax: 919-716-6763
*Attorneys for Defendants*