**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| JOHN DOE 1, a minor, by and through his parent and natural guardian JANE DOE 1; JOHN DOE 2, a minor, by and through his parent and natural guardian JANE DOE 2; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; JEFFREY SMYTHE, Secretary of the North Carolina Department of Public Safety, in his official capacity; WILLIAM L. LASSITER, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity; TIEA DANIELS, Facility Director of the Cabarrus Regional Juvenile Detention Center, in her official capacity,<br><br>Defendants. | No. 1:24-CV-00017-CCE-JGM<br><br><br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL, ORDERING CLASS NOTICE, AND SETTING FAIRNESS HEARING DATE** |

The parties to this case have entered into a proposed settlement agreement that is subject to review under Rule 23 of the Federal Rules of Civil Procedure. The Court has read and considered the proposed settlement agreement, the accompanying documents, and the parties' supplemental submission in light of its experience generally and specifically with this case. The parties to the proposed settlement agreement consent to entry of this Order.

Upon consideration, the Court finds that the proposed settlement is likely to be approved as fair, reasonable, and adequate and that the parties' proposed plan and schedule for notice, objections, and opting-out is appropriate.

The Court finds and concludes and it is hereby **ORDERED:**

1. The Court does hereby preliminarily approve the proposed settlement agreement as being fair, reasonable, and adequate to the class, subject to further consideration at the Settlement Fairness Hearing, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

2. The Court finds that notice to the class is necessary pursuant to Rule 23(e)(1)(A) of the Federal Rules of Civil Procedure. The Court finds that the form, substance, and requirements of the proposed notice and the distribution of the notice, substantially in the manner and form set forth in ¶ 3 below, constitutes notice that is, as supplemented herein, reasonably calculated, under the circumstances, to apprise the class members of the proposed settlement agreement and their rights to object to any aspect of the proposed settlement agreement; constitutes due, adequate, and sufficient notice to all persons entitled to receive notice of the proposed settlement agreement; and complies with the requirements of Rule 23 of the Federal Rules of Civil Procedure.

3. Within ten days of the date this Order is entered, the North Carolina Department of Public Safety shall distribute the Notice by the following means:

    a. Posting copies of the Notice in English in prominent and visible locations accessible to all pre-adjudication juveniles housed in the Cabarrus Regional

Juvenile Detention Center on a daily basis, ensuring that the Notice remains posted during the entire period preceding the Fairness Hearing; and

b. Delivering a copy of the Notice to every pre-adjudication juvenile in the Cabarrus Regional Juvenile Detention Center at the time the Notice is posted; and

c. Posting a copy of the Notice on an appropriate state government website that is publicly available.

4. Defendants shall maintain two copies of the proposed settlement agreement for review by juveniles in any unit in the Cabarrus Juvenile Detention Center where pre-adjudication juveniles are housed.

5. Within three days of the distribution of Notice, the North Carolina Department of Public Safety shall file a declaration affirming that the Notice was distributed and the proposed settlement agreement was made available as required in ¶¶ 3–4.

6. Any Class Member has the right to submit a written objection to the Court in advance of the Fairness Hearing by mailing an objection to the following address:

Clerk of Court
Attn: Juvenile Solitary Confinement Settlement, 1:24-CV-00017
United States District Court, Middle District of North Carolina
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544

Any such objection must be postmarked on or before July 20, 2026, pursuant to the terms of the Notice. Any Class Member who does not make his or her objection at the Fairness

Hearing or in writing timely submitted prior to the Fairness Hearing shall be deemed to have waived such opportunity and shall forever be foreclosed from making any objection to the proposed settlement agreement.

7.      The parties shall file a motion for final approval of class action settlement by August 6, 2026.

8.      A Fairness Hearing will be held before Judge Catherine C. Eagles on Thursday, September 3, 2026, at 9:30 a.m. at the L. Richardson Preyer Courthouse, 324 W. Market Street, Greensboro, NC 27401-2544, at which time the Court will determine whether the Settlement Agreement should be finally approved as fair, reasonable, and adequate and whether it shall be entered as the Final Judgment in this action.  If the hearing has to be rescheduled, notice will be provided on the docket of this case and on the Court's public website.

This 26th day of May, 2026.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE

4