IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.: 1:24-cv-17-CCE-JGM

JOHN DOE 1, et al.,

    *Plaintiffs*,

v.

NORTH CAROLINA DEPARTMENT
OF PUBLIC SAFETY, et al.,

    *Defendants*.

DECLARATION

I, Rodney Morgan, declare under penalty of perjury pursuant to 28 U.S.C. §
1746 as follows:

1.     I am the Assistant Facility Director of the Cabarrus Regional Juvenile
Detention Center, and am competent to testify to the matters set forth herein.
These statements are based upon my personal knowledge and after consultation
with staff, including Facility Director Tiea Daniels.

2.     I make this declaration in accordance with Paragraph 5 of the Court's
Order Granting the Parties' Joint Motion for Preliminary Settlement Approval,
Ordering Class Notice, and Setting Fairness Hearing Date. [DE 108]

3.     On June 1, 2026, copies of the Court-approved Notice were posted in
prominent and visible locations accessible to all pre-adjudication juveniles housed

1

at the Cabarrus Regional Juvenile Detention Center. The Notice remains posted and will remain posted through the Fairness Hearing.

4. On June 1, 2026, a copy of the Court-approved Notice was delivered to each pre-adjudication juvenile housed at the Cabarrus Regional Juvenile Detention Center.

5. On June 1, 2026, the Court-approved Notice was posted on the North Carolina Department of Public Safety's public website at: https://www.ncdps.gov/our-organization/juvenile-justice/juvenile-facility-operations/juvenile-detention-centers#Cabarrus-1399.

6. In accordance with Paragraph 4 of the Court's Order, two copies of the proposed Settlement Agreement were placed in binders and made available for review by juveniles housed at the Cabarrus Regional Juvenile Detention Center. The binders are available for review by juveniles.

7. Accordingly, the Notice was distributed and the proposed Settlement Agreement was made available in accordance with Paragraphs 3 and 4 of the Court's Order.

Space left blank intentionally.

2

I declare under penalty of perjury that the foregoing is true and correct pursuant to pursuant to 28 U.S.C. § 1746.

Executed this 5th day of June, 2026.

Rodney Morgan
Assistant Facility Director, Cabarrus Regional Juvenile Detention Facility

3