# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE 1, a minor, by and through his parent and natural guarding JANE DOE 1; JOHN DOE 2, a minor, by and through his parent and natural guardian JANE DOE 2; on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; JEFFREY SMYTHE, Secretary of the North Carolina Department of Public Safety, in his official capacity; WILLIAM L. LASSITER, Deputy Secretary of the Division of Juvenile Justice and Delinquency Prevention, in his official capacity; TIEA DANIELS, Facility Director of the Cabarrus Regional Juvenile Detention Center, in her official capacity,<br><br>　　　Defendants. | No. 1:24-CV-00017-CCE-JGM<br><br><br><br><br><br>**JOINT MOTION FOR FINAL SETTLEMENT APPROVAL** |

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Parties jointly move the Court to issue an order granting final approval of the proposed Settlement Agreement filed with this court on April 15, 2026, at Docket Entry 104-1. The grounds for this Motion are more fully set forth in the accompanying memorandum of law and Declaration of Robert L. Lindholm.

This the 6th day of August, 2026.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
301 South College Street, 23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com

Soren K. Young*
Donna O. Tillis*
Yasmeen Ebbini*
Axton Crolley*
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
soren.young@nelsonmullins.com
donna.tillis@nelsonmullins.com
yasmeen.ebbini@nelsonmullins.com
axton.crolley@nelsonmullins.com

Matthew G. Lindenbaum*
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.lindenbaum@nelsonmullins.com

**Law Office of Michelle Duprey, PLLC**

Michelle Duprey (N.C. Bar No. 53205)*
720 E. 4th Street, Suite 300
Charlotte, NC 28202
(336) 685-1647
michelledupreylaw@icloud.com

*Special Appearance Pursuant to Local Civil Rule 83.1(d)*
*Attorneys for Plaintiffs*

**JEFF JACKSON ATTORNEY GENERAL**

*/s/ Elizabeth Curran O'Brien*
Elizabeth Curran O'Brien
N.C. Bar No. 28885
Special Deputy Attorney General
eobrien@ncdoj.gov

Terence P. Steed
Special Deputy Attorney General
N.C. Bar No. 52809
tsteed@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Phone: 919-716-0091
Fax: 919-716-6763

*Attorneys for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

Dated: August 6, 2026

*/s/ Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
Nelson Mullins Riley & Scarborough LLP
301 South College Street
23rd Floor
Charlotte, NC 28202
(704) 417-3000
robert.lindholm@nelsonmullins.com