**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:24-cv-00017-CCE-JLW**

| | |
|---|---|
| JOHN DOE 1, et al.,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al.,<br><br>Defendants. | **DECLARATION OF COUNSEL RE: PROOF OF COMPLIANCE** |

I, Terence Steed, being competent to testify and having personal knowledge of the matters herein, hereby declare:

1. I am an adult over the age of 18, have never been adjudged incompetent, suffer from no mental or emotional illness, and make this declaration of my own free will, stating facts of which I have personal knowledge or discovered through investigation.

2. This declaration is intended to serve as notice of compliance with the September 2, 2026 Text Only Order issued by this Court.

3. In compliance with that Order, undersigned counsel prepared and mailed all information and documents required by 28 U.S.C. § 1715(b) on September 3, 2026 addressed as follows via Fedex Overnight Delivery:

Attn: US Attorney General, CAFA Notice
950 Pennsylvania Ave, NW
Washington, DC, US, 20530

4. On September 4, 2026, the undersigned received confirmation that the package was delivered. See Fedex Delivery Confirmation, attached hereto as Exhibit A.

5. The Fedex Delivery Confirmation indicates the package was redirected to a different address, 1501 Eckington Place NE, Washington, DC, 20002, corresponding to a Fedex Shipping Site, where it was signed for as received by "A. Owens." *Id.*

6. In preparing this filing on September 9, 2026, undersigned counsel discovered this redirection and contacted Fedex to determine why the package was redirected, who signed for it, and to verify it was, in fact, actually received by the United States Department of Justice.

7. After a lengthy phone call, undersigned counsel was eventually directed to the actual Fedex Site that received the package and spoke with a Fedex Employee at this site, Janine Francis. She verified that the address corresponded to the Fedex Site where she worked, that all packages routed to certain sensitive United States Government facilities, including the Main U.S. DOJ building, are directed to this site, and that "A. Owens" who signed for the package is an U.S. DOJ employee known to her, and picks up U.S. DOJ addressed packages every morning from her facility.

8. Based upon the above investigation and representations made by Fedex staff, undersigned counsel verifies that the proper notice was provided to U.S. DOJ and was received on September 4, 2026 as required by 28 U.S.C. § 1715(b).

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Respectfully submitted this the 10th day of September, 2026.

JEFF JACKSON
Attorney General

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No.: 52809
Email: tsteed@ncdoj.gov
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: 919-716-6567
Facsimile: 919-716-6758
*Counsel for Public Safety Defendants*